IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| JUAN LOZADA-LEONI, § § Plaintiff, § § vs. § § MONEYGRAM INTERNATIONAL, INC., § and MONEYGRAM PAYMENT § SYSTEMS, INC., § § Defendants. § | Civil Action No.  5:19-cv-00011-RWS-CMC |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Juan Lozada-Leoni ("Plaintiff") respectfully submits this Notice of Supplemental Authority in support of his Sur-Reply in Opposition to Defendant MoneyGram Payment Systems, Inc.'s ("MPSI's") Motion to Dismiss or, in the Alternative, to Transfer Venue (Dkt. No. 23).  Plaintiff respectfully submits this Notice to inform the Court of the decision by the Fifth Circuit Court of Appeals in *Jacobsen v. Osborne*, 133 F.3d 315 (5th Cir. 1998).  This decision is relevant to Plaintiff's argument set forth in Section I.C. of his Sur-Reply Brief, concerning the issue of not naming MPSI in Plaintiff's administrative complaint.

Additionally, Plaintiff provides the Court with the following district court cases that apply the Fifth Circuit's decision in *Jacobsen*:

1. *Newby v. Enron Corp. (In re Enron Corp. Sec., Derivative & "ERISA" Litig.)*, 310 F. Supp. 2d 819, 849-53 (S.D. Tex. 2004).
2. *Auguillard v. Quintana Energy Servs.*, No. 6:18-cv-727, 2018 U.S. Dist. LEXIS 215972, at *9-12 (W.D. La. 2018).

DATED:  August 5, 2019                                          Respectfully submitted,

        By:  /s/ Robert W. Weber
**Robert W. Weber,** *Local Counsel*
Texas State Bar No. 21044800
E-mail: bweber@smithweber.com
**SMITH WEBER, L.L.P.**
5505 Plaza Drive
Texarkana, Texas 75503
Telephone:  903-223-5656
Facsimile:  903-223-5652

/s/ Steve Kardell
**Steve Kardell**
Texas State Bar No. 11098400
E-mail: skardell@kardelllawgroup.com
**KARDELL LAW GROUP**
4514 Cole Avenue, Suite 600
Dallas, Texas 75205
Telephone: (214) 616-4654
Facsimile: (469) 729-9926

**ATTORNEYS FOR PLAINTIFF,
JUAN LOZADA-LEONI**

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served via email on Counsel for all Defendants: Gary Eisenstat, John Barcus and Darby Doan, on August 5, 2019.

        /s/ Steve Kardell