IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **JUAN LOZADA-LEONI,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No.  4:20-cv-00068-RWS-CMC |
| **MONEYGRAM INTERNATIONAL, INC., and** | § | |
| **MONEYGRAM PAYMENT SYSTEMS, INC.** | § | |
| | § | |
| Defendants. | § | |

## JOINT MOTION FOR ENTRY OF AMENDED DOCKET CONTROL ORDER

Pursuant to the Court's Order [Doc. 54] establishing a new trial date upon the transfer of this matter to the Sherman Division, Plaintiff Juan Lozada-Leoni and Defendants MoneyGram International, Inc. and MoneyGram Payment Systems, Inc. submit the text of their proposed Amended Docket Control Order and respectfully request its entry.

Respectfully submitted,

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

By: */s/ Gary D. Eisenstat*
    GARY D. EISENSTAT
    Texas State Bar No. 06503200
    gary.eisenstat@ogletree.com
    JOHN M. BARCUS
    Texas State Bar No. 24036185
    john.barcus@ogletree.com

8117 Preston Road, Suite 500
Dallas, Texas 75225
Telephone: (214) 987-3800
Fax: (214) 987-3927

   *-and-*

Darby Vincent Doan
Randy Roeser
**HALTOM & DOAN**
6500 Summerhill Road, Suite 100
Texarkana, Texas 75503
Telephone: (903) 255-1000
Facsimile (903) 255-0800

**ATTORNEYS FOR DEFENDANTS**

   *-and-*

**KARDELL LAW GROUP**

By: */s/ Steve Kardell*
    STEVE KARDELL
    Texas State Bar No. 11098400
    skardell@kardelllawgroup.com

4514 Cole Avenue, Suite 600
Dallas, Texas 75205
Telephone: (214) 616-4654
Facsimile: (469) 729-9926

*-and-*

>Robert W. Weber
>Smith Weber, L.L.P.
>5505 Plaza Drive
>Texarkana, TX 75503
>Telephone: (903) 223-5656
>Facsimile: (903) 223-5652

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

    The foregoing instrument was filed using the Court's CM/ECF system on February 10, 2020, which will transmit a copy to all counsel of record.

>/s/ *John M. Barcus*
>John M. Barcus

41758372.1