

| | |
|---|---|
| 4514 Cole Avenue, Suite 600<br>Dallas, Texas 75205 | STEVE KARDELL<br>PH: (214) 306-8045<br>FAX: (469) -729- 9926<br>**Board Certified Labor & Employment Law; Texas Board of Legal Specialization**<br>Writer's Phone: (214) 306-8045<br>Writer's E-Mail:<br>skardell@kardelllawgroup.com<br>Website:<br>**www.dallaswhistleblowerlawyer.com** |

September 28, 2017

| | |
|---|---|
| Kelly Knighton<br>Region 6 Administrator<br>OSHA<br>A. Maceo Smith Federal Building<br>525 Griffin St., Suite 602<br>Dallas, TX 75202 | ☐ Via Overnight<br>☐ Via Regular Mail<br>☒ Via Hand Delivery<br>☐ Via Fax<br>☐ Via E-Mail: kelly.knighton@osha.gov |

RE: Complaint under Section 806 of SOX.

Juan Lozada-Leoni v. MoneyGram International

Dear Ms. Knighton:

Please process the following as a formal complaint under Section 806 of the Sarbanes-Oxley Act of 2002, as amended.

### A.    Statute:

Section 806 protects, of course, employees of publicly-traded companies (and subsidiaries of same) from retaliation when they complain and "reasonably believe" (that the complained-of conduct) constitutes a violation of one of six federal laws, e.g., Sections 1341, 1343, 1344, or 1348, any rule or regulation of the [SEC], or any provision of federal law relating to fraud against shareholders. Sarbanes-Oxley Act of 2002, 806(a), 18 U.S.C. 1514 A (a)(1) (2006).

### B.    Parties:

| Complainant | Respondent |
|---|---|
| Juan Lozada-Leoni<br>5800 Brodie Ln.<br>Apt 836<br>Austin, TX 78745<br>Cell: (210) 995-3782 | MoneyGram International<br>2828 N Harwood St., #15<br>Dallas, TX 75201<br>Office: (214) 999-7552 |

### C.    Facts:

Complainant was hired on October 18, 2016

His job title was Manager, AML/CTF Regional Compliance USA.

Two of his essential responsibilities were (1) compliance with anti-money laundering rules and regulations; and (2) compliance with a consent decree that required, *inter alia,* compliance with anti-money laundering rules and regulations.

In a scenario that is becoming increasingly predictable,[1] his efforts to achieve compliance were met with (1) resistance; (2) outright hostility, and (3) finally resulted in his termination on April 4, 2017.

### D. Protected conduct:

This is essentially a *Sharkey v. JP Morgan Chase* case,[2] with one additional twist: on top of violating the underlying anti-money laundering laws, the employer here **violated an existing consent decree that prohibited future violations** of the underlying anti-money laundering laws. (Emphasis added).

### E. Tangible adverse employment action:

In addition to on-the-job harassment, verbal abuse, isolation, and marginalization, complainant's termination on April 4, 2017.

### F. Last date of alleged retaliatory action (for SOL filing purposes):

April 4, 2017.

### G. Corporate service to be made on:

See Certificate of Service, below.

Further details will be subsequently provided.

Please send us your standard acknowledgement of receipt here.

---

[1] *Corporate Counsel Magazine* recently quoted a local (employment law) luminary – the redoubtable Chip Jones -- on what is becoming a somewhat predictable scenario: "…The company brings in an expert, bares its soul and confesses its sins, then asks the compliance officer to fix everything. 'They bring in someone who wants to build a world-class program…' The [breakdown]… becomes so toxic, Jones adds… the compliance officer quits or files a whistleblower suit." Reisinger, S. (2017, August 7). *Ride the Whistleblower Wave*. Retrieved from Corporate Counsel: http://www.corpcounsel.com/id=1202794888902/Ride-the-Whistleblower-Wave?cmp=share_email&slreturn=20170826174614

[2] In *Sharkey*, the Second Circuit established that complaints pertaining to a violation of the anti-money laundering statute qualifies as protected conduct under SOX. Stempel, J. (2016, September 12). *JPMorgan whistleblower case revivedJPMorgan Whistleblower Case Revived by U.S. appeals court.Appeals Court*. Retrieved from Reuters: https://www.reuters.com/article/us-jpmorgan-whistleblower-lawsuit/jpmorgan-whistleblower-case-revived-by-u-s-appeals-court-idUSKCN11I1T7

Very truly yours,



STEVE KARDELL
State Bar No. 11098400

KARDELL LAW GROUP
4514 Cole Avenue, Suite 600
Dallas, Texas 75205
PH: (214) 616-4654
FAX: (469) 729-9926

ATTORNEYS FOR COMPLAINANT

SK;(bt)

CERTIFICATE OF SERVICE

The foregoing has been sent by electronic means (email) to the following counsel for Respondents, on September 28, 2017. A courtesy copy has also been sent via email to Anthony Incristi, Regional Supervisor, OSHA.

| Name | Contact information | Role |
| --- | --- | --- |
| Elizabeth Weathers-Nguyen | Associate General Counsel MoneyGram International 2828 N Harwood St., #15 Dallas, TX 75201 Cell: (214) 999-8029 eweathers-nguyen@moneygram.com | In-house counsel for Respondent MoneyGram International |
| Anthony Incristi | OSHA Regional Supervisor Austin Area Office 1033 La Posada Suite 375 Austin, TX 78752 Tel (512) 374-0271 x 234 Fax (512) 374-0086 incristi.anthony@dol.gov | OSHA |