IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JUAN LOZADA-LEONI,  §<br>　　　Plaintiff, §<br>§<br>v. §<br>§<br>MONEYGRAM INTERNATIONAL, INC., §<br>And MONEYGRAM PAYMENT §<br>SYSTEMS, INC., §<br>　　　Defendants. § | CASE NO. 4:20CV00068-RWS-CMC<br><br>JURY TRIAL DEMANDED |

**UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

Attorney Steve Kardell of the law firm of Kardell Law Group PC. files this Unopposed Motion to Withdraw as Counsel for Plaintiff, Juan Lozada-Leoni. Plaintiff will continue to be represented by counsel of record, Theodore Garber of The Law Office of Juan Antonio Lozada, PLLC.

Respectfully submitted,

KARDELL LAW GROUP

By: _/s/ Steve Kardell_
　　　Steve Kardell

Date:　April 7, 2020

Steve Kardell
Texas State Bar No. 11098400
E-mail: skardell@kardelllawgroup.com

**KARDELL LAW GROUP**
4514 Cole Avenue, Suite 600
Dallas, Texas 75205
Telephone:    214-616-4654
Facsimile:    469-729-9926

**Theodore Garber**
Texas State Bar No. 24107171
E-mail: tgarber@txcivillitigation.com
**Law Office of Juan Antonio Lozada, PLLC**
3305 West Slaughter Lane, Second Floor
Austin, Texas 78748
Telephone:    469-693-8334
Facsimile:    866-586-5513

**ATTORNEYS FOR PLAINTIFF,
JUAN LOZADA-LEONI**

### CERTIFICATE OF CONFERENCE

Steve Kardell, counsel for Plaintiff, Juan Lozada-Leoni, conferred with all counsel on April 7, 2020, and represents that this Motion is unopposed, with the following caveats: counsel for Defendants continue to oppose any request to extend the discovery deadline or other aspects of the Docket Control Order (DCO), and counsel for Defendants reserve their objections to Mr. Lozada-Leoni appearing as his own counsel.

/s/ Steve Kardell
Steve Kardell

### CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of April 2020, a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via e-mail, facsimile and/or U.S. First Class Mail.

/s/ Steve Kardell
Steve Kardell