IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUAN LOZADA-LEONI,<br>　　　Plaintiff,<br><br>v.<br><br>MONEYGRAM INTERNATIONAL, INC.,<br>And MONEYGRAM PAYMENT<br>SYSTEMS, INC.,<br>　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 4:20CV00068-RWS-CMC<br><br><br>JURY TRIAL DEMANDED |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

On this date came for consideration the Unopposed Motion for Withdrawal of Counsel. The Court being of the opinion that same should be GRANTED, it is therefore,

ORDERED that the Unopposed Motion for Withdrawal of Counsel be and hereby is GRANTED and that Steve Kardell and the firm of Kardell Law Group PC are no longer counsel of record for Plaintiff, Juan Lozada-Leoni.