IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUAN LOZADA-LEONI,<br>    Plaintiff, | §<br>§<br>§ | CASE NO. 4:20-cv-00068-RWS-CMC |
| v. | §<br>§ | |
| MONEYGRAM INTERNATIONAL, INC.,<br>And MONEYGRAM PAYMENT<br>SYSTEMS, INC.,<br>    Defendants. | §<br>§<br>§<br>§<br>§ | JURY TRIAL DEMANDED |

## MOTION TO WITHDRAW PREVIOUSLY FILED PLEADING

TO THE HONORABLE JUDGE OF SAID COURT:

Attorney Steve Kardell, currently co-counsel for Plaintiff, hereby requests that the Court withdraw Kardell's previously filed Motion to Stay [Dkt.74; filed 4/8/2020], and enter the attached Unopposed Order, allowing Kardell to withdraw as counsel for Plaintiff.

Respectfully submitted,

KARDELL LAW GROUP

By: _____
    Steve Kardell

Date:        April 14, 2020

Steve Kardell
Texas State Bar No. 11098400
E-mail: skardell@kardelllawgroup.com

MOTION TO WITHDRAW PREVIOUSLY FILED PLEADING    Page 1 of 2

**KARDELL LAW GROUP**
4514 Cole Avenue, Suite 600
Dallas, Texas 75205
Telephone:   214-616-4654
Facsimile:    469-729-9926

**ATTORNEY FOR PLAINTIFF, JUAN LOZADA-LEONI**

## CERTIFICATE OF CONFERENCE

Steve Kardell, counsel for Plaintiff, Juan Lozada-Leoni, conferred with all counsel on April 14, 2020, and represents that this Motion is unopposed.

/s/ Steve Kardell
Steve Kardell

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of April 2020, a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed.R.Civ.P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of this document via e-mail, facsimile and/or U.S. First Class Mail.

/s/ Steve Kardell
Steve Kardell