# IN THE UNITED STATES DISTRICT COURT
# OF THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| JUAN LOZADA-LEONI | § | |
| | § | |
| V. | § | No.  4:20CV68-RWS-CMC |
| | § | |
| MONEYGRAM INTERNATIONAL, | § | |
| INC. and MONEYGRAM PAYMENT | § | |
| SYSTEMS, INC. | § | |

## ORDER

The above-referenced case was referred to the undersigned United States Magistrate Judge in accordance with 28 U.S.C. § 636.  The following pending motion is before the Court: Motion to Withdraw Previously Filed Pleading (Docket Entry # 81).  The Court, having reviewed the motion and noting it is unopposed, is of the opinion the motion to withdraw attorney Steve Kardell's previously filed Motion to Stay Unopposed Motion for Withdrawal of Counsel (Docket Entry # 74) should be **GRANTED.**  Accordingly, it is

**ORDERED** the Clerk of the Court shall terminate Motion to Stay Unopposed Motion for Withdrawal of Counsel (Docket Entry # 74) as **WITHDRAWN**.

**SIGNED** this 15th day of April, 2020.

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE