Job No. 2923036

```
 1              BEFORE THE U.S. DEPARTMENT LABOR
 2   In the Matter of:            §
                                  §
 3   JUAN LOZADA-LEONI             §
                                  § Case No. 2018-SOX-00004
 4              Complainant,      §
                                  §
 5   VS.                          §
                                  §
 6   MONEYGRAM INTERNATIONAL,     §
                                  §
 7              Respondent.       §
 8       -------------------------------------
 9                 ORAL DEPOSITION OF
10                  JUAN LOZADA-LEONI
11                   MAY 23, 2018
12                   VOLUME 1 OF 1
13       -------------------------------------
14       ORAL DEPOSITION OF JUAN LOZADA-LEONI, produced as a
15   witness at the instance of the RESPONDENT, and duly
16   sworn, was taken in the above-styled and numbered cause
17   on May 23, 2018, from 9:42 a.m. to 5:33 p.m., before
18   Delanie Schreiber, CSR No. 9375 in and for the State of
19   Texas, reported by stenographic method, at the offices
20   of Ogletree & Deakins, Preston Commons West, 8117
21   Preston Road, Suite 500, Dallas, Texas, 75225, pursuant
22   to the Federal Rules of Civil Procedure and the
23   provisions stated on the record or attached hereto.
24
25   Job No. 2923036
```

Page 1

```
 1   And that ends up being part of the -- I don't know --
 2   global understanding you have of things.
 3        Q.  And when you say when you worked for the
 4   company MoneyGram is actually the only private sector
 5   company you've ever worked for, right?
 6        A.  No, no, no, no, no.  I worked for Liberty
 7   Mutual, I worked for, you know, I don't know just Papa
 8   John's when I was a college student.
 9        Q.  Okay.
10        A.  Restaurants, you know.  So, no, I work for many
11   other places besides MoneyGram.
12        Q.  So do you keep track of the news for what's
13   going on with like Liberty Mutual?
14        A.  Yeah.  Like I said, you know, when you -- I
15   love the newspaper.  I read the news.  I'm a
16   news-junkie, I guess, if you want to say that.  And if I
17   am reading the financial news because I have stocks
18   because I -- and so, you know, the MoneyGram -- there's
19   an article with MoneyGram I will normally read it.  If
20   there's an article about Liberty Mutual, I will normally
21   read it.  Because you know the company, you were the
22   company.  So you feel like, "Okay.  I wonder what
23   happened and what's going on here."  So in that sense.
24        Q.  Okay.  You're an attorney, correct?
25        A.  I am.
```

Page 10

Lozada, Leon - May 23, 2018
Job No. 2923036

```
 1       Q.   And you have your own law practice?
 2       A.   I do.
 3       Q.   What type of law do you practice?
 4       A.   I do criminal defense mostly and I do
 5  immigration as well.  And I take a few civil cases.
 6       Q.   And your office is in Austin; is that right?
 7       A.   Yes.
 8       Q.   What is the name of your law firm?
 9       A.   The Law Office of Juan Antonio Lozada.
10       Q.   And when did you form that firm or start that
11  practice?
12       A.   Well, I mean, I went to the big work of
13  creating the PLLC, I mean, at some point in April but I
14  really didn't open my doors.  I couldn't find a building
15  so I finally opened my doors maybe June, the first week
16  of June.
17       Q.   Of 2017?
18       A.   Correct.
19       Q.   What is your current home address?
20       A.   ████████████████, Austin, Texas 78749.
21       Q.   And you -- you mentioned it a minute ago but
22  before you worked for MoneyGram your immediate prior
23  employer was Liberty Mutual; is that correct?
24       A.   That's correct.
25       Q.   What did you do for Liberty Mutual?
```

Page 11