# Law Office of Juan A Lozada

## PROFIT AND LOSS

### January - December 2017

|  | TOTAL |
|---|---|
| Income |  |
| Interest Income |  |
| Other Income |  |
| Sales |  |
| **Total Income** |  |
| GROSS PROFIT |  |
| Expenses |  |
| Advertising & Marketing |  |
| Auto Expenses |  |
| Bank Charges & Fees |  |
| Book Purchases |  |
| Business Licenses and permits |  |
| Commissions |  |
| Continued Education/ Training |  |
| Contractors |  |
| Depreciation |  |
| Dues and Subscriptions |  |
| Entertainment |  |
| Insurance |  |
| Life Insurance |  |
| **Total Insurance** |  |
| Interest Paid |  |
| Job Supplies |  |
| Lease Vehicle |  |
| Meals & Entertainment |  |
| Moving Expenses |  |
| Office Expenses |  |
| Office Supplies & Software |  |
| Outside Services |  |
| Parking |  |
| Payroll Expenses |  |
| FICA |  |
| FUTA |  |
| TX Unemployment |  |
| Wages |  |
| **Total Payroll Expenses** |  |
| Postage |  |
| Professional Fees |  |
| Accounting |  |
| **Total Professional Fees** |  |
| Rent & Lease |  |
| Equipment Rental |  |



Lozada-Leon
DEPOSITION
EXHIBIT
25
PENGAD 800-631-6989

|  | TOTAL |
|---|---|
| Total Rent & Lease | |
| Repairs & Maintenance | |
| Returns | |
| Telephone | |
| Tolls | |
| Travel | |
| Uniforms | |
| Utilities | |
| Web & Internet | |
| Total Expenses | |
| NET OPERATING INCOME | |
| Other Income | |
| Redemption Credit | |
| Total Other Income | |
| NET OTHER INCOME | |
| NET INCOME | |

# Law Office of Juan A Lozada

### BALANCE SHEET

As of December 31, 2017

| | TOTAL |
|---|---|
| **ASSETS** | |
| Current Assets | |
| Bank Accounts | |
| Chase Checking | |
| Chase IOLTA | |
| Chase Savings | |
| First Citizens Checking | |
| First Citizens IOLTA | |
| Lawpay | |
| **Total Bank Accounts** | |
| **Total Current Assets** | |
| Fixed Assets | |
| Accumulated Depreciation | |
| Equip Office | |
| Laptop w/Cover | |
| Office Fixtures | |
| Software - CLIO | |
| **Total Fixed Assets** | |
| **TOTAL ASSETS** | |
| **LIABILITIES AND EQUITY** | |
| Liabilities | |
| Current Liabilities | |
| Credit Cards | |
| Chase CC 1716/1724 | |
| **Total Credit Cards** | |
| Other Current Liabilities | |
| Payroll Liabilities | |
| **Total Other Current Liabilities** | |
| **Total Current Liabilities** | |
| Long-Term Liabilities | |
| Loan from Juan Lozada | |
| **Total Long-Term Liabilities** | |
| **Total Liabilities** | |
| Equity | |
| Retained Earnings | |
| Withdrawals | |
| Net Income | |
| **Total Equity** | |
| **TOTAL LIABILITIES AND EQUITY** | |

**RAMIREZ ACCOUNTING SERVICE, LLC**
**212 W STASSNEY LN**
**AUSTIN, TX 78745**
**(512) 448-9462**
**accounting@taxramirez.com**

February 26, 2018

LAW OFFICE OF JUAN LOZADA
3305 W. SLAUGHTER LN
Austin, TX 78748

Dear Client,

Enclosed is the 2017 Form 1120, U.S. Corporation Income Tax Return, for LAW OFFICE OF JUAN LOZADA for the tax year ending December 31, 2017.

Your 2017 Form 1120, U.S. Corporation Income Tax Return, for LAW OFFICE OF JUAN LOZADA will be electronically filed.

The balance due of ███████ should be paid by electronic funds transfer.  You must notify the bank at least one business day before the payment is due.

The due dates and required payments for your U.S. corporation estimated income tax are as follows:

| | | |
|---|---|---|
| Installment #1 by | 04/17/18 | ██████████ |
| Installment #2 by | 06/15/18 | |
| Installment #3 by | 09/17/18 | |
| Installment #4 by | 12/17/18 | |

Estimated tax payments should be made by electronic funds transfer.  You must notify your bank at least one business day before the payment is due.

We very much appreciate the opportunity to serve you.  If you have any questions regarding this return, please do not hesitate to call.

Sincerely,

ANNA MARQUEZ

**RAMIREZ ACCOUNTING SERVICE, LLC**
**212 W STASSNEY LN**
**AUSTIN, TX 78745**
**(512) 448-9462**
**accounting@taxramirez.com**

February 26, 2018

LAW OFFICE OF JUAN LOZADA
3305 W. SLAUGHTER LN
Austin, TX 78748

**Statement of Charges for Services Rendered:**

| | | | |
|---|---|---|---|
| **Total fee** | | $ | 0.00 |

Summary of Federal Form Charges:

| Description | Charge per Form | Count | Charge |
|---|---|---|---|

**2017 Corporation Income Tax Return**
prepared for:

**LAW OFFICE OF JUAN LOZADA**
3305 W. SLAUGHTER LN
Austin, TX 78748

**RAMIREZ ACCOUNTING SERVICE, LLC**
212 W STASSNEY LN
AUSTIN, TX 78745

Form **1120**
Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2017 or tax year beginning ___Apr 17___ , 2017, ending ___Dec 31___ , 20 17

▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

**2017**

**A Check if:**
1a Consolidated return (attach Form 851) . ☐
b Life/nonlife consolidated return . . ☐
2 Personal holding co. (attach Sch. PH) . ☐
3 Personal service corp. (see instructions) . ☐
4 Schedule M-3 attached ☐

**TYPE OR PRINT**

Name
LAW OFFICE OF JUAN LOZADA

Number, street, and room or suite no. If a P.O. box, see instructions.
3305 W. SLAUGHTER LN

City or town, state, or province, country, and ZIP or foreign postal code
Austin                    TX  78748

**B Employer identification number**

**C Date incorporated**
04/17/2017

**D Total assets (see instructions)**
$

**E Check if:** (1) ☐ Initial return    (2) ☐ Final return    (3) ☐ Name change    (4) ☐ Address change

| | | | | |
|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales . . . . . . . . . . . . . . . . . | 1a | 139,095 |
| | b | Returns and allowances . . . . . . . . . . . . | 1b | |
| | c | Balance. Subtract line 1b from line 1a . . . . . . . . . . . . . . . . . . . . | 1c | |
| | 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . . . . . . . . | 2 | |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . . . . . . . . . . | 3 | |
| | 4 | Dividends (Schedule C, line 19) . . . . . . . . . . . . . . . . . . . . | 4 | |
| | 5 | Interest . . . . . . . . . . . . . . . . . . . . . . . . . | 5 | 0 |
| | 6 | Gross rents . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Gross royalties . . . . . . . . . . . . . . . . . . . . . . | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . . . | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . . . | 9 | |
| | 10 | Other income (see instructions—attach statement) Other Income Statement . . . | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 . . . . . . . . . . . . . . . . . ▶ | 11 | |
| **Deductions (See instructions for limitations on deductions.)** | 12 | Compensation of officers (see instructions—attach Form 1125-E) . . . . . . . ▶ | 12 | |
| | 13 | Salaries and wages (less employment credits) . . . . . . . . . . . . . . | 13 | |
| | 14 | Repairs and maintenance . . . . . . . . . . . . . . . . . . . . | 14 | |
| | 15 | Bad debts . . . . . . . . . . . . . . . . . . . . . . . . | 15 | |
| | 16 | Rents . . . . . . . . . . . . . . . . . . . . . . . . . | 16 | |
| | 17 | Taxes and licenses . . . . . . . . . . . . . . . . . . . . . | 17 | |
| | 18 | Interest . . . . . . . . . . . . . . . . . . . . . . . . | 18 | 0 |
| | 19 | Charitable contributions . . . . . . . . . . . . . . . . . . . . | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . | 20 | |
| | 21 | Depletion . . . . . . . . . . . . . . . . . . . . . . . . | 21 | |
| | 22 | Advertising . . . . . . . . . . . . . . . . . . . . . . . . | 22 | |
| | 23 | Pension, profit-sharing, etc., plans . . . . . . . . . . . . . . . . . | 23 | |
| | 24 | Employee benefit programs . . . . . . . . . . . . . . . . . . . | 24 | |
| | 25 | Domestic production activities deduction (attach Form 8903) . . . . . . . . . | 25 | |
| | 26 | Other deductions (attach statement) Other Deductions Statement . . . . . . | 26 | |
| | 27 | **Total deductions.** Add lines 12 through 26 . . . . . . . . . . . . . . ▶ | 27 | |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | 28 | |
| | 29a | Net operating loss deduction (see instructions) . . . . . . . . . 29a | | |
| | b | Special deductions (Schedule C, line 20) . . . . . . . . . 29b | | |
| | c | Add lines 29a and 29b . . . . . . . . . . . . . . . . . . . . | 29c | |
| **Tax, Refundable Credits, and Payments** | 30 | Taxable income. Subtract line 29c from line 28. See instructions . . . . . . . | 30 | |
| | 31 | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . . . . . . . | 31 | |
| | 32 | Total payments and refundable credits (Schedule J, Part II, line 21) . . . . . . . | 32 | |
| | 33 | Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . . ▶ ☐ | 33 | |
| | 34 | **Amount owed.** If line 32 is smaller than the total of lines 31 and 33, enter amount owed . . . . | 34 | |
| | 35 | **Overpayment.** If line 32 is larger than the total of lines 31 and 33, enter amount overpaid . . . . | 35 | |
| | 36 | Enter amount from line 35 you want: **Credited to 2018 estimated tax** ▶                  Refunded ▶ | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

▶ _____
Signature of officer      Date

▶ PRESIDENT
Title

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| ANNA MARQUEZ | | 02/26/2018 | | P01884739 |

Firm's name ▶ RAMIREZ ACCOUNTING SERVICE, LLC          Firm's EIN ▶

Firm's address ▶ 212 W STASSNEY LN AUSTIN TX 78745          Phone no. (512)448-9462

For Paperwork Reduction Act Notice, see separate instructions.

BAA          REV 01/23/18 PRO          Form **1120** (2017)

Form 1120 (2017)                                                                                                    Page **2**

| Schedule C | Dividends and Special Deductions (see instructions) | (a) Dividends received | (b) % | (c) Special deductions (a) × (b) |
|---|---|---|---|---|
| 1 | Dividends from less-than-20%-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . |  | 70 |  |
| 2 | Dividends from 20%-or-more-owned domestic corporations (other than debt-financed stock) . . . . . . . . . . . . . . . . . . |  | 80 |  |
| 3 | Dividends on debt-financed stock of domestic and foreign corporations . . . . . |  | see instructions |  |
| 4 | Dividends on certain preferred stock of less-than-20%-owned public utilities . . . |  | 42 |  |
| 5 | Dividends on certain preferred stock of 20%-or-more-owned public utilities . . . . |  | 48 |  |
| 6 | Dividends from less-than-20%-owned foreign corporations and certain FSCs . . . |  | 70 |  |
| 7 | Dividends from 20%-or-more-owned foreign corporations and certain FSCs . . . |  | 80 |  |
| 8 | Dividends from wholly owned foreign subsidiaries . . . . . . . . . . . |  | 100 |  |
| 9 | **Total.** Add lines 1 through 8. See instructions for limitation . . . . . . . |  |  |  |
| 10 | Dividends from domestic corporations received by a small business investment company operating under the Small Business Investment Act of 1958 . . . . . |  | 100 |  |
| 11 | Dividends from affiliated group members . . . . . . . . . . . . . |  | 100 |  |
| 12 | Dividends from certain FSCs . . . . . . . . . . . . . . . . . |  | 100 |  |
| 13 | Dividends from foreign corporations not included on line 3, 6, 7, 8, 11, or 12 . . . |  |  |  |
| 14 | Income from controlled foreign corporations under subpart F (attach Form(s) 5471) . |  |  |  |
| 15 | Foreign dividend gross-up . . . . . . . . . . . . . . . . . . |  |  |  |
| 16 | IC-DISC and former DISC dividends not included on line 1, 2, or 3 . . . . . . |  |  |  |
| 17 | Other dividends . . . . . . . . . . . . . . . . . . . . . |  |  |  |
| 18 | Deduction for dividends paid on certain preferred stock of public utilities . . . . |  |  |  |
| 19 | **Total dividends.** Add lines 1 through 17. Enter here and on page 1, line 4 . . . ▶ |  |  |  |
| 20 | **Total special deductions.** Add lines 9, 10, 11, 12, and 18. Enter here and on page 1, line 29b . . . . . . . . ▶ |  |  |  |

REV 01/23/18 PRO                                                                                  Form **1120** (2017)

Form 1120 (2017) Page **3**

**Schedule J**    **Tax Computation and Payment** (see instructions)

**Part I—Tax Computation**

| | | | |
|---|---|---|---|
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions ▶ ☐ | | |
| 2 | Income tax. Check if a qualified personal service corporation. See instructions . . . . . . . . ▶ ☐ | **2** | ▮ |
| 3 | Alternative minimum tax (attach Form 4626) . . . . . . . . . . . . . . . . . . . . | **3** | |
| 4 | Add lines 2 and 3 . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | ▮ |
| 5a | Foreign tax credit (attach Form 1118) . . . . . . . | 5a | | |
| b | Credit from Form 8834 (see instructions) . . . . . . | 5b | | |
| c | General business credit (attach Form 3800) . . . . . | 5c | | |
| d | Credit for prior year minimum tax (attach Form 8827) . . . | 5d | | |
| e | Bond credits from Form 8912 . . . . . . . . . . | 5e | | |
| 6 | **Total credits.** Add lines 5a through 5e . . . . . . . . . . . . . . . . . . . . | **6** | |
| 7 | Subtract line 6 from line 4 . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) . . . . . . . . . . . . . | **8** | |
| 9a | Recapture of investment credit (attach Form 4255) . . . . . . | 9a | | |
| b | Recapture of low-income housing credit (attach Form 8611) . . . . . | 9b | | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) . . . . . . . . . . . . . . . . . . . . | 9c | | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) . . . . . . . . . . . . . . . . . . . | 9d | | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) . . . . | 9e | | |
| f | Other (see instructions—attach statement) . . . . . . . . . | 9f | | |
| 10 | **Total.** Add lines 9a through 9f . . . . . . . . . . . . . . . . . . . . . . | **10** | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 . . . . . . . . . . . | **11** | ▮ |

**Part II—Payments and Refundable Credits**

| | | | |
|---|---|---|---|
| 12 | 2016 overpayment credited to 2017 . . . . . . . . . . . . . . . . . . . . . | **12** | |
| 13 | 2017 estimated tax payments . . . . . . . . . . . . . . . . . . . . . . . | **13** | |
| 14 | 2017 refund applied for on Form 4466 . . . . . . . . . . . . . . . . . . . . | **14** | ( ) |
| 15 | Combine lines 12, 13, and 14 . . . . . . . . . . . . . . . . . . . . . . . | **15** | |
| 16 | Tax deposited with Form 7004 . . . . . . . . . . . . . . . . . . . . . . . | **16** | |
| 17 | Withholding (see instructions) . . . . . . . . . . . . . . . . . . . . . . . | **17** | |
| 18 | **Total payments.** Add lines 15, 16, and 17 . . . . . . . . . . . . . . . . . . . | **18** | |
| 19 | Refundable credits from: | | |
| a | Form 2439 . . . . . . . . . . . . . . . . . . | 19a | | |
| b | Form 4136 . . . . . . . . . . . . . . . . . . | 19b | | |
| c | Form 8827, line 8c . . . . . . . . . . . . . . . | 19c | | |
| d | Other (attach statement—see instructions). . . . . . . . | 19d | | |
| 20 | **Total credits.** Add lines 19a through 19d . . . . . . . . . . . . . . . . . . . | **20** | |
| 21 | **Total payments and credits.** Add lines 18 and 20. Enter here and on page 1, line 32 . . . . . . . | **21** | |

**Schedule K**    **Other Information** (see instructions)

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: a ☒ Cash    b ☐ Accrual    c ☐ Other (specify) ▶ _____ | | |
| 2 | See the instructions and enter the: | | |
| a | Business activity code no. ▶ 541110 | | |
| b | Business activity ▶ PROFESSIONAL SERVICES | | |
| c | Product or service ▶ LEGAL SERVICES | | |
| 3 | Is the corporation a subsidiary in an affiliated group or a parent-subsidiary controlled group? . . . . . . . . . . | | × |
| | If "Yes," enter name and EIN of the parent corporation ▶ _____ | | |
| 4 | At the end of the tax year: | | |
| a | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part I of Schedule G (Form 1120) (attach Schedule G) . . . . . | | × |
| b | Did any individual or estate own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of the corporation's stock entitled to vote? If "Yes," complete Part II of Schedule G (Form 1120) (attach Schedule G) . | | × |

Form 1120 (2017)

Page **4**

| **Schedule K** | **Other Information** *(continued from page 3)* |
|---|---|

|  | | Yes | No |
|---|---|---|---|
| 5 | At the end of the tax year, did the corporation: | | |
| a | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation not included on Form 851, Affiliations Schedule? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | × |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage Owned in Voting Stock |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  | | Yes | No |
|---|---|---|---|
| b | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below. | | × |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Country of Organization | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

|  | | Yes | No |
|---|---|---|---|
| 6 | During this tax year, did the corporation pay dividends (other than stock dividends and distributions in exchange for stock) in excess of the corporation's current and accumulated earnings and profits? See sections 301 and 316 . . . . . . . . . | | × |
|  | If "Yes," file **Form 5452**, Corporate Report of Nondividend Distributions. See the instructions for Form 5452. | | |
|  | If this is a consolidated return, answer here for the parent corporation and on Form 851 for each subsidiary. | | |
| 7 | At any time during the tax year, did one foreign person directly or indirectly, at least 25% of the total voting power of all classes of the corporation's stock entitled to vote or at least 25% of the total value of all classes of the corporation's stock? . | | × |
|  | For rules of attribution, see section 318. If "Yes," enter: | | |
|  | **(a)** Percentage owned ▶ _____ and **(b)** Owner's country ▶ _____ | | |
|  | **(c)** The corporation may have to file **Form 5472**, Information Return of a 25% Foreign-Owned U.S. Corporation or a Foreign Corporation Engaged in a U.S. Trade or Business. Enter the number of Forms 5472 attached ▶ _____ | | |
| 8 | Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . ▶ ☐ | | |
|  | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 9 | Enter the amount of tax-exempt interest received or accrued during the tax year ▶ $ _____ | | |
| 10 | Enter the number of shareholders at the end of the tax year (if 100 or fewer) ▶ | | |
| 11 | If the corporation has an NOL for the tax year and is electing to forego the carryback period, check here . . . . . ▶ ☐ | | |
|  | If the corporation is filing a consolidated return, the statement required by Regulations section 1.1502-21(b)(3) must be attached or the election will not be valid. | | |
| 12 | Enter the available NOL carryover from prior tax years (do not reduce it by any deduction reported on page 1, line 29a.) . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____ | | |
| 13 | Are the corporation's total receipts (page 1, line 1a, plus lines 4 through 10) for the tax year **and** its total assets at the end of the tax year less than $250,000? . . . . . . . . . . . . . . . . . . . . . . . . | × | |
|  | If "Yes," the corporation is not required to complete Schedules L, M-1, and M-2. Instead, enter the total amount of cash distributions and the book value of property distributions (other than cash) made during the tax year ▶ $ _____ | | |
| 14 | Is the corporation required to file Schedule UTP (Form 1120), Uncertain Tax Position Statement? See instructions . . . . | | × |
|  | If "Yes," complete and attach Schedule UTP. | | |
| 15a | Did the corporation make any payments in 2017 that would require it to file Form(s) 1099? . . . . . . . . . . | × | |
| b | If "Yes," did or will the corporation file required Forms 1099? . . . . . . . . . . . . . . . . . . | × | |
| 16 | During this tax year, did the corporation have an 80% or more change in ownership, including a change due to redemption of its own stock? | | × |
| 17 | During or subsequent to this tax year, but before the filing of this return, did the corporation dispose of more than 65% (by value) of its assets in a taxable, non-taxable, or tax deferred transaction? . . . . . . . . . . . . . . . . . | | × |
| 18 | Did the corporation receive assets in a section 351 transfer in which any of the transferred assets had a fair market basis or fair market value of more than $1 million? . . . . . . . . . . . . . . . . . . . . . . . | | × |
| 19 | During the corporation's tax year, did the corporation make any payments that would require it to file Forms 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474) of the Code? . . . . . . . | | × |

REV 01/23/18 PRO

Form **1120** (2017)

Form 1120 (2017)

Page **5**

### Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see Instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | | | |

#### Liabilities and Shareholders' Equity

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock:  a Preferred stock | | | | |
| | b Common stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings—Appropriated (attach statement) | | | | |
| 25 | Retained earnings—Unappropriated | | | | |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | | | |

### Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return
Note: The corporation may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books | | 7 | Income recorded on books this year not included on this return (itemize): |
|---|---|---|---|---|
| 2 | Federal income tax per books | | | Tax-exempt interest  $ _____ |
| 3 | Excess of capital losses over capital gains | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): _____ | | 8 | Deductions on this return not charged against book income this year (itemize): |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | a | Depreciation  $ _____ |
| a | Depreciation  $ _____ | | b | Charitable contributions $ _____ |
| b | Charitable contributions  $ _____ | | | ROUNDING |
| c | Travel and entertainment  $ _____ | | | |
| | | | 9 | Add lines 7 and 8 |
| 6 | Add lines 1 through 5 | | 10 | Income (page 1, line 28)—line 6 less line 9 |

### Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Line 25, Schedule L)

| 1 | Balance at beginning of year | | 5 | Distributions:  a Cash | |
|---|---|---|---|---|---|
| 2 | Net income (loss) per books | | | b Stock | |
| 3 | Other increases (itemize): _____ | | | c Property | |
| | _____ | | 6 | Other decreases (itemize): _____ | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | | 8 | Balance at end of year (line 4 less line 7) | |

REV 01/23/18 PRO

Form **1120** (2017)

Form **1125-E**
(Rev. October 2016)
Department of the Treasury
Internal Revenue Service

## Compensation of Officers

▶ Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.
▶ Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.*

OMB No. 1545-0123

Name
LAW OFFICE OF JUAN LOZADA

Employer identification number
███████

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1 JUAN ANTONIO LOZADA LEONI | ██████ | 100 % | % | % | 23,184. |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | | |
|---|---|---|---|---|
| **2** | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . | **2** | | 23,184. |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . | **3** | | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . | **4** | | 23,184. |

For Paperwork Reduction Act Notice, see separate instructions. BAA

REV 11/13/17 PRO    Form **1125-E** (Rev. 10-2016)

| Form **2220** | **Underpayment of Estimated Tax by Corporations** | OMB No. 1545-0123 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | ▶ Attach to the corporation's tax return. ▶ Go to www.irs.gov/Form2220 for instructions and the latest information. | **2017** |

| Name | Employer Identification number |
|---|---|
| LAW OFFICE OF JUAN LOZADA | ▮ |

**Note:** Generally, the corporation isn't required to file Form 2220 (see Part II below for exceptions) because the IRS will figure any penalty owed and bill the corporation. However, the corporation may still use Form 2220 to figure the penalty. If so, enter the amount from page 2, line 38 on the estimated tax penalty line of the corporation's income tax return, but **do not** attach Form 2220.

**Part I   Required Annual Payment**

| | | | | |
|---|---|---|---|---|
| 1 | Total tax (see instructions) | | **1** | ▮. |
| 2a | Personal holding company tax (Schedule PH (Form 1120), line 26) included on line 1 | **2a** | | |
| b | Look-back interest included on line 1 under section 460(b)(2) for completed long-term contracts or section 167(g) for depreciation under the income forecast method | **2b** | | |
| c | Credit for federal tax paid on fuels (see instructions) | **2c** | | |
| d | **Total.** Add lines 2a through 2c | | **2d** | |
| 3 | Subtract line 2d from line 1. If the result is less than $500, **do not** complete or file this form. The corporation doesn't owe the penalty | | **3** | ▮. |
| 4 | Enter the tax shown on the corporation's 2016 income tax return. See instructions. **Caution: If the tax is zero or the tax year was for less than 12 months, skip this line and enter the amount from line 3 on line 5** | | **4** | |
| 5 | **Required annual payment.** Enter the smaller of line 3 or line 4. If the corporation is required to skip line 4, enter the amount from line 3 | | **5** | ▮▮. |

**Part II   Reasons for Filing**—Check the boxes below that apply. If any boxes are checked, the corporation **must** file Form 2220 even if it doesn't owe a penalty. See instructions.

| | | |
|---|---|---|
| 6 | ☐ | The corporation is using the adjusted seasonal installment method. |
| 7 | ☐ | The corporation is using the annualized income installment method. |
| 8 | ☐ | The corporation is a "large corporation" figuring its first required installment based on the prior year's tax. |

**Part III   Figuring the Underpayment**

| | | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
| 9 | **Installment due dates.** Enter in columns (a) through (d) the 15th day of the 4th (**Form 990-PF filers:** Use 5th month), 6th, 9th, and 12th months of the corporation's tax year | **9** | | | | |
| 10 | **Required installments.** If the box on line 6 and/or line 7 above is checked, enter the amounts from Schedule A, line 38. If the box on line 8 (but not 6 or 7) is checked, see instructions for the amounts to enter. If none of these boxes are checked, enter 25% (0.25) of line 5 above in each column | **10** | ▮. | ▮. | ▮. | ▮▮. |
| 11 | Estimated tax paid or credited for each period. For column (a) only, enter the amount from line 11 on line 15. See instructions. | **11** | | | | |
| 12 | *Complete lines 12 through 18 of one column before going to the next column.* Enter amount, if any, from line 18 of the preceding column | **12** | | | | |
| 13 | Add lines 11 and 12 | **13** | | | | |
| 14 | Add amounts on lines 16 and 17 of the preceding column | **14** | | | | |
| 15 | Subtract line 14 from line 13. If zero or less, enter -0- | **15** | | | | |
| 16 | If the amount on line 15 is zero, subtract line 13 from line 14. Otherwise, enter -0- | **16** | | | | |
| 17 | **Underpayment.** If line 15 is less than or equal to line 10, subtract line 15 from line 10. Then go to line 12 of the next column. Otherwise, go to line 18 | **17** | | | | ▮. |
| 18 | **Overpayment.** If line 10 is less than line 15, subtract line 10 from line 15. Then go to line 12 of the next column | **18** | | | | |

Go to Part IV on page 2 to figure the penalty. Do not go to Part IV if there are no entries on line 17—no penalty is owed.

For Paperwork Reduction Act Notice, see separate instructions.

BAA                         REV 02/07/18 PRO                         Form **2220** (2017)

Form 2220 (2017)                                                                                    Page **2**

## Part IV  Figuring the Penalty

| | | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 19 | Enter the date of payment or the 15th day of the 4th month after the close of the tax year, whichever is earlier. *(C Corporations with tax years ending June 30 and S corporations:* Use 3rd month instead of 4th month. **Form 990-PF and Form 990-T filers:** Use 5th month instead of 4th month.) See instructions . . . . . . . . . **19** | | | | |
| 20 | Number of days from due date of installment on line 9 to the date shown on line 19 . . . . . . . . . . . . . . . . **20** | | | | |
| 21 | Number of days on line 20 after 4/15/2017 and before 7/1/2017 **21** | | | | |
| 22 | Underpayment on line 17 × $\dfrac{\text{Number of days on line 21}}{365}$ × 4% (0.04) **22** | $ | $ | $ | $ |
| 23 | Number of days on line 20 after 6/30/2017 and before 10/1/2017 **23** | | | | |
| 24 | Underpayment on line 17 × $\dfrac{\text{Number of days on line 23}}{365}$ × 4% (0.04) **24** | $ | $ | $ | $ |
| 25 | Number of days on line 20 after 9/30/2017 and before 1/1/2018 **25** | | | | |
| 26 | Underpayment on line 17 × $\dfrac{\text{Number of days on line 25}}{365}$ × 4% (0.04) **26** | $ | $ | $ | $ |
| 27 | Number of days on line 20 after 12/31/2017 and before 4/1/2018 **27** | | | | |
| 28 | Underpayment on line 17 × $\dfrac{\text{Number of days on line 27}}{365}$ × 4% (0.04) **28** | $ | $ | $ | $ |
| 29 | Number of days on line 20 after 3/31/2018 and before 7/1/2018 **29** | | | | |
| 30 | Underpayment on line 17 × $\dfrac{\text{Number of days on line 29}}{365}$ × % **30** | $ | $ | $ | $ |
| 31 | Number of days on line 20 after 6/30/2018 and before 10/1/2018 **31** | | | | |
| 32 | Underpayment on line 17 × $\dfrac{\text{Number of days on line 31}}{365}$ × % **32** | $ | $ | $ | $ |
| 33 | Number of days on line 20 after 9/30/2018 and before 1/1/2019 **33** | | | | |
| 34 | Underpayment on line 17 × $\dfrac{\text{Number of days on line 33}}{365}$ × % **34** | $ | $ | $ | $ |
| 35 | Number of days on line 20 after 12/31/2018 and before 3/16/2019 **35** | | | | |
| 36 | Underpayment on line 17 × $\dfrac{\text{Number of days on line 35}}{365}$ × % **36** | $ | $ | $ | $ |
| 37 | Add lines 22, 24, 26, 28, 30, 32, 34, and 36 . . . . . . . **37** | $ | $ | $ | $ |

**38** **Penalty.** Add columns (a) through (d) of line 37. Enter the total here and on Form 1120, line 33; or the comparable line for other income tax returns . . . . . . . . . . . . . . . . . . . . . . . . .   **38** $

*Use the penalty interest rate for each calendar quarter, which the IRS will determine during the first month in the preceding quarter. These rates are published quarterly in an IRS News Release and in a revenue ruling in the Internal Revenue Bulletin. To obtain this information on the Internet, access the IRS website at *www.irs.gov.* You can also call 1-800-829-4933 to get interest rate information.

REV 02/07/18 PRO                                                                Form **2220** (2017)

Form 2220 (2017)

Page **3**

## Schedule A    Adjusted Seasonal Installment Method and Annualized Income Installment Method
See instructions.

**Form 1120S filers:** For lines 1, 2, 3, and 21, below, "taxable income" refers to excess net passive income or the amount on which tax is imposed under section 1374(a), whichever applies.

### Part I    Adjusted Seasonal Installment Method
**Caution:** Use this method only if the base period percentage for any 6 consecutive months is at least 70%. See instructions.

|  |  |  | (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|---|
|  |  |  | First 3 months | First 5 months | First 8 months | First 11 months |
| 1 | Enter taxable income for the following periods. |  |  |  |  |  |
| a | Tax year beginning in 2014 | 1a |  |  |  |  |
| b | Tax year beginning in 2015 | 1b |  |  |  |  |
| c | Tax year beginning in 2016 | 1c |  |  |  |  |
| 2 | Enter taxable income for each period for the tax year beginning in 2017. See the instructions for the treatment of extraordinary items | 2 |  |  |  |  |
|  |  |  | First 4 months | First 6 months | First 9 months | Entire year |
| 3 | Enter taxable income for the following periods. |  |  |  |  |  |
| a | Tax year beginning in 2014 | 3a |  |  |  |  |
| b | Tax year beginning in 2015 | 3b |  |  |  |  |
| c | Tax year beginning in 2016 | 3c |  |  |  |  |
| 4 | Divide the amount in each column on line 1a by the amount in column (d) on line 3a | 4 |  |  |  |  |
| 5 | Divide the amount in each column on line 1b by the amount in column (d) on line 3b | 5 |  |  |  |  |
| 6 | Divide the amount in each column on line 1c by the amount in column (d) on line 3c | 6 |  |  |  |  |
| 7 | Add lines 4 through 6 | 7 |  |  |  |  |
| 8 | Divide line 7 by 3.0 | 8 |  |  |  |  |
| 9a | Divide line 2 by line 8 | 9a |  |  |  |  |
| b | Extraordinary items (see instructions) | 9b |  |  |  |  |
| c | Add lines 9a and 9b | 9c |  |  |  |  |
| 10 | Figure the tax on the amount on line 9c using the Instructions for Form 1120, Schedule J, line 2 or comparable line of corporation's return | 10 |  |  |  |  |
| 11a | Divide the amount in columns (a) through (c) on line 3a by the amount in column (d) on line 3a | 11a |  |  |  |  |
| b | Divide the amount in columns (a) through (c) on line 3b by the amount in column (d) on line 3b | 11b |  |  |  |  |
| c | Divide the amount in columns (a) through (c) on line 3c by the amount in column (d) on line 3c | 11c |  |  |  |  |
| 12 | Add lines 11a through 11c | 12 |  |  |  |  |
| 13 | Divide line 12 by 3.0 | 13 |  |  |  |  |
| 14 | Multiply the amount in columns (a) through (c) of line 10 by columns (a) through (c) of line 13. In column (d), enter the amount from line 10, column (d) | 14 |  |  |  |  |
| 15 | Enter any alternative minimum tax for each payment period. See instructions | 15 |  |  |  |  |
| 16 | Enter any other taxes for each payment period. See instructions | 16 |  |  |  |  |
| 17 | Add lines 14 through 16 | 17 |  |  |  |  |
| 18 | For each period, enter the same type of credits as allowed on Form 2220, lines 1 and 2c. See instructions | 18 |  |  |  |  |
| 19 | Total tax after credits. Subtract line 18 from line 17. If zero or less, enter -0- | 19 |  |  |  |  |

REV 02/07/18 PRO

Form **2220** (2017)

Form 2220 (2017)                                                                 Page **4**

| Part II | Annualized Income Installment Method | | | | | |
|---------|-------------------------------------|---|---|---|---|---|
| | | | (a) | (b) | (c) | (d) |
| 20 | Annualization periods (see instructions) . . . . . . . . | 20 | First ___ months | First ___ months | First ___ months | First ___ months |
| 21 | Enter taxable income for each annualization period. See instructions for the treatment of extraordinary items . . . . | 21 | | | | |
| 22 | Annualization amounts (see instructions) . . . . . . . | 22 | | | | |
| 23a | Annualized taxable income. Multiply line 21 by line 22 . . . | 23a | | | | |
| b | Extraordinary items (see instructions) . . . . . . . . | 23b | | | | |
| c | Add lines 23a and 23b . . . . . . . . . . . . | 23c | | | | |
| 24 | Figure the tax on the amount on line 23c using the instructions for Form 1120, Schedule J, line 2, or comparable line of corporation's return . . . . . . . . . . . . . | 24 | | | | |
| 25 | Enter any alternative minimum tax for each payment period (see instructions) . . . . . . . . . . . . . . | 25 | | | | |
| 26 | Enter any other taxes for each payment period. See instructions | 26 | | | | |
| 27 | Total tax. Add lines 24 through 26 . . . . . . . . . | 27 | | | | |
| 28 | For each period, enter the same type of credits as allowed on Form 2220, lines 1 and 2c. See instructions . . . . . . | 28 | | | | |
| 29 | Total tax after credits. Subtract line 28 from line 27. If zero or less, enter -0- . . . . . . . . . . . . . . | 29 | | | | |
| 30 | Applicable percentage . . . . . . . . . . . . | 30 | 25% | 50% | 75% | 100% |
| 31 | Multiply line 29 by line 30 . . . . . . . . . . . | 31 | | | | |

| Part III | Required Installments | | | | | |
|----------|----------------------|---|---|---|---|---|
| | Note: Complete lines 32 through 38 of one column before completing the next column. | | 1st installment | 2nd installment | 3rd installment | 4th installment |
| 32 | If only Part I or Part II is completed, enter the amount in each column from line 19 or line 31. If both parts are completed, enter the smaller of the amounts in each column from line 19 or line 31 . . | 32 | | | | |
| 33 | Add the amounts in all preceding columns of line 38. See instructions . . . . . . . . . . . . . . . | 33 | | | | |
| 34 | Adjusted seasonal or annualized income installments. Subtract line 33 from line 32. If zero or less, enter -0- . . . | 34 | | | | |
| 35 | Enter 25% (0.25) of line 5 on page 1 of Form 2220 in each column. Note: "Large corporations," see the instructions for line 10 for the amounts to enter . . . . . . . . . | 35 | | | | |
| 36 | Subtract line 38 of the preceding column from line 37 of the preceding column . . . . . . . . . . . . . | 36 | | | | |
| 37 | Add lines 35 and 36 . . . . . . . . . . . . . | 37 | | | | |
| 38 | Required installments. Enter the smaller of line 34 or line 37 here and on page 1 of Form 2220, line 10. See instructions . | 38 | | | | |

REV 02/07/18 PRO                                                        Form **2220** (2017)

Form **8879-C**

## IRS *e-file* Signature Authorization for Form 1120

OMB No. 1545-0123

For calendar year 2017, or tax year beginning  Apr 17  , 2017, ending Dec 31  , 20 17

Department of the Treasury
Internal Revenue Service

▶ **Do not send to the IRS. Keep for your records.**
▶ **Go to** *www.irs.gov/Form8879C* **for the latest information.**

**2017**

Name of corporation

LAW OFFICE OF JUAN LOZADA

Employer Identification number

| | Part I Tax Return Information (Whole dollars only) | | |
|---|---|---|---|
| 1 | Total income (Form 1120, line 11) | 1 | |
| 2 | Taxable income (Form 1120, line 30) | 2 | |
| 3 | Total tax (Form 1120, line 31) | 3 | |
| 4 | Amount owed (Form 1120, line 34) | 4 | |
| 5 | Overpayment (Form 1120, line 35) | 5 | |

**Part II   Declaration and Signature Authorization of Officer. Be sure to get a copy of the corporation's return.**

Under penalties of perjury, I declare that I am an officer of the above corporation and that I have examined a copy of the corporation's 2017 electronic income tax return and accompanying schedules and statements and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts shown on the copy of the corporation's electronic income tax return. I consent to allow my electronic return originator (ERO), transmitter, or intermediate service provider to send the corporation's return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of the corporation's federal taxes owed on this return, and the financial institution to debit the entry to this account. To revoke a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537** no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I have selected a personal identification number (PIN) as my signature for the corporation's electronic income tax return and, if applicable, the corporation's consent to electronic funds withdrawal.

**Officer's PIN: check one box only**

☐ I authorize _____ to enter my PIN ☐☐☐☐☐ as my signature
   ERO firm name                                    do not enter all zeros

   on the corporation's 2017 electronically filed income tax return.

☒ As an officer of the corporation, I will enter my PIN as my signature on the corporation's 2017 electronically filed income tax return.

Officer's signature ▶ _____  Date ▶ _____  Title ▶ PRESIDENT

**Part III   Certification and Authentication**

**ERO's EFIN/PIN. Enter your six-digit EFIN followed by your five-digit self-selected PIN.**

                                                    do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature on the 2017 electronically filed income tax return for the corporation indicated above. I confirm that I am submitting this return in accordance with the requirements of **Pub. 3112**, IRS *e-file* Application and Participation, and **Pub. 4163**, Modernized e-File (MeF) Information for Authorized IRS *e-file* Providers for Business Returns.

ERO's signature ▶ _____  Date ▶ 02/26/2018

**ERO Must Retain This Form — See Instructions**
**Do Not Submit This Form to the IRS Unless Requested To Do So**

For Paperwork Reduction Act Notice, see instructions.
BAA

REV 11/15/17 PRO

Form **8879-C** (2017)

| Form **4562** | **Depreciation and Amortization** | OMB No. 1545-0172 |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | **(Including Information on Listed Property)** ▶ Attach to your tax return. ▶ Go to *www.irs.gov/Form4562* for instructions and the latest information. | **2017** Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| LAW OFFICE OF JUAN LOZADA | Form 1120 Line 20 | ▉ |

**Part I** Election To Expense Certain Property Under Section 179
**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) . . . . . . . . . . . . . . . . . . . . . | **1** | ▉ |
| 2 | Total cost of section 179 property placed in service (see instructions) . . . . . . . . . | **2** | ▉ |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) . . . . . | **3** | ▉ |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- . . . . . . . . | **4** | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions . . . . . . . . . . . . . . . . . . . . . . | **5** | |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | EQUIP OFFICE | ▉ | ▉ |
| | See Additional Section 179 Property Statement | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 . . . . . . . . . | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 . . . . | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 . . . . . . . . . . . . . | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2016 Form 4562 . . . . . . . . | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instructions) | **11** | ▉ |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 . . . . | **12** | |
| 13 | Carryover of disallowed deduction to 2018. Add lines 9 and 10, less line 12 ▶ | **13** | 0. |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II** Special Depreciation Allowance and Other Depreciation (Don't include listed property.) (See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) . . . . . . . . . . . . . . . . . . | **14** | |
| 15 | Property subject to section 168(f)(1) election . . . . . . . . . . . . . . . . | **15** | |
| 16 | Other depreciation (including ACRS) . . . . . . . . . . . . . . . . . . . . | **16** | 0. |

**Part III** MACRS Depreciation (Don't include listed property.) (See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2017 . . . . . . . | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here . . . . . . . . . . . . . . . . . ▶ ☐ | | |

**Section B—Assets Placed in Service During 2017 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only—see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs. | | S/L | |
| **h** Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| **i** Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C—Assets Placed in Service During 2017 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs. | | S/L | |
| **c** 40-year | | | 40 yrs. | MM | S/L | |

**Part IV** Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 . . . . . . . . . . . . . . . . | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations—see instructions . | **22** | ▉ |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs . . . . . . . | **23** | |

For Paperwork Reduction Act Notice, see separate instructions. BAA          Cat. No. 12906N    PRO          Form **4562** (2017)

| Form 1120<br>Schedule L | **Other Liabilities**<br>and Adjustments to Shareholders' Equity | 2017 |
|---|---|---|

| Name<br>LAW OFFICE OF JUAN LOZADA | Employer Identification No. |
|---|---|

| Other Current Liabilities: | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| FEDERAL INCOME TAX | | ████ |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 18 . . . . . . . . . . . . . . ► | | ████ |

| Other Liabilities: | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 21 . . . . . . . . . . . . . . ► | | |

| Retained Earnings — Appropriated: | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 24 . . . . . . . . . . . . . . ► | | |

| Adjustments to Shareholders' Equity: | Beginning of<br>tax year | End of<br>tax year |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Totals to Form 1120, Schedule L, line 26 . . . . . . . . . . . . . . ► | | |

cpcw3901.SCR  09/18/17

LAW OFFICE OF JUAN LOZADA                    821208207                    1

## Additional information from your 2017 Federal Corporation Tax Return

**Form 1120: US Corporation Income Tax Return**

**Other Income**                                     **Continuation Statement**

| Description | Amount |
|---|---|
| OTHER INCOME | ■ |
| REDEMPTION CREDIT | ■ |
| Total | ■ |

**Form 1120: US Corporation Income Tax Return**

**Other Deductions**                                 **Continuation Statement**

| Description | Amount |
|---|---|
| ACCOUNTING | |
| AUTOMOBILE AND TRUCK EXPENSE | |
| BANK CHARGES | |
| COMMISSIONS | |
| COMPUTER SERVICES AND SUPPLIES | |
| DUES AND SUBSCRIPTIONS | |
| INSURANCE | |
| MEALS AND ENTERTAINMENT (50%) | |
| OFFICE EXPENSE | |
| OUTSIDE SERVICES | |
| PARKING FEES AND TOLLS | |
| POSTAGE | |
| SUPPLIES | |
| TELEPHONE | |
| TRAINING/CONTINUING EDUCATION | |
| TRAVEL | |
| UNIFORMS | |
| UTILITIES | |
| Total | |

**Form 4562 (Form 1120 Line 20): Depreciation and Amortization**

**Line 6 Additional Section 179 Property Statement**        **Continuation Statement**

| (a) Description of Property | (b) Cost (bus use only) | (c) Elected Cost |
|---|---|---|
| LAPTOP W/COVER | | |
| OFFICE FIXTURES | | |
| SOFTWARE - CLIO | | |