IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| JUAN LOZADA-LEONI, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. |
| | § | 4:20-cv-00068-RWS-CMC |
| MONEYGRAM INTERNATIONAL, INC., and | § | |
| MONEYGRAM PAYMENT SYSTEMS, INC. | § | |
| Defendants. | § | |

**ORDER**

The Court has considered Defendant MoneyGram International, Inc.'s Motion for Summary Judgment and Plaintiff's Juan Lozada-Leoni's Response, and additional responses or replies, and is otherwise fully advised. The Court finds that for each and all of the reasons set forth therein, the Defendant's Motion should be and hereby is DENIED.

It is therefore ORDERED that Defendant MoneyGram International, Inc.'s Motion for Summary Judgment is DENIED.

SO ORDERED.