From: **Kozen, Geoffrey H.** GKozen@RobinsKaplan.com
Subject: RE: Re: [EXTERNAL] Lozada-Leoni
Date: June 21, 2020 at 6:23 PM
To: Julie Kristi Jones jk@hsjustice.com, Barcus, John M. john.barcus@ogletree.com, Eisenstat, Gary D. gary.eisenstat@ogletreedeakins.com, ddoan@haltomdoan.com, rroeser@haltomdoan.com
Cc: Susan Hutchison hutch@hsjustice.com, Rafe Foreman srforeman@hsjustice.com, MacKenzie Long Mlong@hsjustice.com

Counsel,

Ms. Johnson informed me this afternoon that someone she was recently in contact with has tested positive for COVID-19. As a result, she will be under quarantine for 14 days. Because I will not be able to effectively prepare her for her deposition or defend her deposition while remote from her, I request that you agree to postpone her deposition for at least 14 days. Ms. Johnson schedule in early July is very flexible, and so I am confident we will be able to find an alternative date.

Thank you. I appreciate your flexibility in this difficult time.

Best,
Geoff Kozen

**Geoffrey Kozen**
612 349 0827

**From:** Julie Kristi Jones <jk@hsjustice.com>
**Sent:** Friday, June 5, 2020 3:35 PM
**To:** Barcus, John M. <john.barcus@ogletree.com>; Eisenstat, Gary D. <gary.eisenstat@ogletreedeakins.com>; ddoan@haltomdoan.com; rroeser@haltomdoan.com
**Cc:** Susan Hutchison <hutch@hsjustice.com>; Rafe Foreman <srforeman@hsjustice.com>; MacKenzie Long <Mlong@hsjustice.com>; Kozen, Geoffrey H. <GKozen@RobinsKaplan.com>
**Subject:** [EXTERNAL] Re: Lozada-Leoni

Information contained in this e-mail transmission may be privileged, confidential and covered by the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2521.

If you are not the intended recipient, do not read, distribute, or reproduce this transmission.

If you have received this e-mail transmission in error, please notify us immediately of the error by return email and please delete the message from your system.

Pursuant to requirements related to practice before the U. S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U. S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

Thank you in advance for your cooperation.

Robins Kaplan LLP

Exhibit 1

http://www.robinskaplan.com

Exhibit 1