## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| JUAN LOZADA-LEONI | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 4:20-cv-00068-RWS-CMC |
| v. | § | |
| | § | |
| MONEYGRAM INTERNATIONAL, INC. and | § | |
| MONEYGRAM PAYMENT SYSTEMS, INC. | § | |
| | § | |
| Defendants. | § | |

---

### PLAINTIFF'S APPENDIX TO SURREPLY TO MONEYGRAM INTERNATIONAL, INC.'S REPLY TO PLAINTIFF'S RESPONSE TO MGI'S MOTION FOR SUMMARY JUDGMENT

---

| DOCUMENT | APPENDIX NOS. |
|---|---|
| TAB 1  Deposition Excerpts of Craig Bernier | 1-36 |
| TAB 2  Deposition Excerpts of Derya White | 37-55 |
| TAB 3  Deposition Excerpts of Fredy Morales | 56-75 |
| TAB 4  Deposition Excerpts of Silvia Gil | 76-102 |
| TAB 5  Internet News Article | 103-106 |

Respectfully submitted,

/s/Susan E. Hutchison
SUSAN E.  HUTCHISON
Texas Bar No. 10354100
sehservice@hsjustice.com

HUTCHISON & STOY, PLLC
505 Pecan St., Ste. 101
Fort Worth, Texas 76102

T: (817) 820-0100
F: (817) 820-0111

S. Rafe Foreman
Texas Bar No. 10354100
srfservice@hsjustice.com

Hutchison & Stoy, PLLC
1312 Texas Ave., #101
Lubbock, TX  79401
(806) 491-4911

**ATTORNEYS FOR PLAINTIFF**

### CERTIFICATE OF SERVICE

This is to certify that on this 1st day of October 2020, a true and correct copy of the above and foregoing document was served on the following attorneys of record via the Court's electronic service:

John M. Barcus, Gary D. Eisenstat
Ogletree, Deakins
john.barcus@ogletree.com
rroeser@haltomdoan.com

J. Randall Roeser, Darby V. Doan
Haltom & Doan
rroeser@haltomdoan.com
ddoan@haltomdoan.com

/s/Susan E. Hutchison
SUSAN E. HUTCHISON

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| JUAN LOZADA-LEONI | § | |
| | § | |
| Plaintiff, | § | |
| | § | Case No. 4:20-cv-00068-RWS-CMC |
| v. | § | |
| | § | |
| MONEYGRAM INTERNATIONAL, INC. and | § | |
| MONEYGRAM PAYMENT SYSTEMS, INC. | § | |
| | § | |
| Defendants. | § | |

---

### AFFIDAVIT OF SUSAN E. HUTCHISON

---

Before me, the undersigned authority, came on to be deposed and under oath stated as follows:

"My name is Susan E. Hutchison. I am over the age of twenty-one (21) and am in all respects qualified to make this Affidavit. The information contained herein is within my personal knowledge and is true and correct.

"I am one the attorneys representing Juan Lozada-Leoni. I am familiar with the documents included in the Appendix to Mr. Lozada-Leoni's Surreply numbered 1-5, and all are true and correct copies of the originals as provided to me through deposition testimony and document 5 was found through a search on the Internet.  Furthermore, all of the documents included in the Appendix are incorporated by reference into the above-mentioned Surreply"

Further Affiant sayeth not.

_____
SUSAN E. HUTCHISON

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, to certify which witness my hand and official seal on the 1st day of October 2020.

_____
NOTARY PUBLIC, STATE OF TEXAS

JULIE KRISTI JONES
My Notary ID # 6263526
Expires February 17, 2021