# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JUAN LOZADA-LEONI § | |
| § | |
| Plaintiff, § | |
| § | Case No. 4:20-cv-00068-RWS-CMC |
| v. § | |
| § | |
| MONEYGRAM INTERNATIONAL, INC. and § | |
| MONEYGRAM PAYMENT SYSTEMS, INC. § | |
| § | |
| Defendants. § | |

## PLAINTIFF'S DEPOSITION DESIGNATIONS

TO:   MoneyGram International, Inc. and MoneyGram Payments Systems, Inc., by and through attorneys of record, John M. Barcus and Gary D. Eisenstat, Ogletree, Deakins, Nash, Smoak & Stewart, P.C, Preston Commons West, 8117 Preston Road, Suite 500, Dallas, Texas 75225 and Darby Vincent Doan, Randy Roeser, Haltom & Doan, 6500 Summerhill Road, Suite 100 Texarkana, Texas 75503.

Plaintiff, in compliance with the Third Amended Docket Control Order, timely exchanges this Designation of Deposition Testimony. Plaintiff also reserves the right to use portions of the deposition testimony designated by Defendant and to provide rebuttal designations and objections after the submission of Defendant's designations.

**Deposition Designations of Craig Bernier**
Page and line

4, l. 1 — 7, l. 21
12, l. 1 — 15, l. 22
16, l. 9 — 17, l. 20
18, l. 7 — 12
19, l. 19 — 20, l. 3
21, l. 16 — 22, l. 9

26, l. 18—20
28, l. 7—29, l. 17
39, l. 10—40, l. 16
40, l. 22—43, l. 11
44, l. 15—47, l. 16
48, l. 3—52, l. 9
53, l. 1—6
53, l. 11—55, l. 2
57, l. 17—60, l. 17
67, l. 14—68, l. 11
69, l. 23—71, l. 15

**Deposition Designations of Manual Goico**
Page and Line

11/7/2018

4, l. 1-8
5, l. 2—7
5, l. 25-6, l. 4
6, l. 9-18
7, l. 10-21
17, l. 21-25
18, l. 1-4, 14-25
19, l, 1-2
20, l. 1-9
21, l. 7-21
24, l. 3-8, l. 16-17
31, l. 1-11, 21-25
33, l. 7-19
42, l. 16-43, l. 23
46, l. 7—13
60, l. 21-61, l. 14
64 l. 17-25
73, l. 24-25
75, l. 8—76, l. 3

**Deposition Designations of Tyson Depo**
Page and line

10/10/2018

5, l. 1-11
7, l. 23—8 l. 4
18, l. 12-21
20, l. 4-10

21, l. 5-14
23, l. 8-14
24, l. 8-11, l. 24-25
25, 1-6
26, l. 1-8, l. 10-23
28, l. 3-9, l. 11-25
29, 6-18, l. 20-25
30, l. 1-8, l. 16-22
31, l. 24-25
32, l. 1-16, l. 24-25
33, l. 3, l. 16-19
34, l. 2-20, l. 22-25
35, l.1-9, l. 12-25
36, l. 1-11, l. 14-25
37, l. 1-4, l. 6-19, l. 21-23
39, l. 13-25
40, l. 1, l. 3
53, l. 12-17
59, l. 11-19
64, l. 7-21
65, l. 7-14
69, l. 5-18, l. 19-25
70, l. 2, l. 9-25
72, l. 1-25
73, l. 1-14
75, l. 25-78, l. 15
81, l. 1—9
82, l. 22-25
83, l. 1-25
84, l. 1-25
89, l. 3-6,  24-25
90, l. 1-9, 12-16 , l. 21-25
91, l. 1-4, l. 7-9, l. 11-14
101, l. 24-25
102, l. 2-24
103, l. 1-13
106, l. 20-25
107, l. 1-10
115, l. 18-25
116, l. 2-8
125, l. 10-17
132, l. 9-21
149, l. 19-23

**Deposition Designation of Lea Pfeifer**
Page and Line

6, l. 10-13
7, l. 7-15
45, l. 10-25
46, l. 1-25
47, l. 1-23
48, l. 9-20
52, l. 4-24
54, l. 1-10,
55, l. 18-25
57, l. 7-21, l. 22
58, l. 1-5
59, l. 4-25
64, l. 25
65, l. 1-11
69, l. 10-25
74, l. 21-25
75, l. 1-25
76, l. 1.

**Deposition Designations of Sylvia Gil**
Page and Line

4, l. 2—5, l. 19
6, l. 13—19
13, l. 22—14 ,l. 14
14, l. 22—16, l. 13
18, l. 7—23
26, l. 11—19
45, l. 14—46, l. 25
53, l. 13—55, l. 4
55, l. 18—56, l. 11
56, l. 12—24
59, l. 23—61, l. 25
62, l. 19—63, l. 21
67, l. 15—19
87, l. 8—24
101, l. 17—102, l. 4
117, l. 4—118, l. 24
126, l. 10—129, l. 2
129, l. 24—130, l. 4
131, l. 18—133, l. 5
147, l. 24—148, l. 15
159, l. 19—163, l. 8
163, l. 15—25
183, l. 2—16

**Deposition Designations of Fredy Morales**
Page and Line

5, l. 2—6, l. 2
6, l. 5—12
6, l. 24—7, l. 11
7, l. 17-22
8, l. 6—18
11, l. 21—12, l. 12
13, l. 14—16, l. 13
16, l. 22—17, l. 3
17, l. 10—24, l. 3
24, l. 11—31, l. 15
32, l. 3—41, l. 19
42, l. 19-43, l. 2
43, l. 13—44, l. 14
45, l. 4—47, l. 9
51, l. 6—54, l. 15
55, l. 4—56, l. 1
56, l. 12—23
57, l. 9—24
61, l. 25—62, l. 19
63, l. 5—64, l. 2
67, l. 2—16
69, l. 1—25
72, l. 9—13
74, l. 7—10
75, l. 22—76, l. 7
77, l. 1—82, l. 24
83, l. 11—94, l. 15
96, l. 2—11
96, l. 19—116, l. 6
117, l. 7—13
117, l. 18—123, l. 22
124, l. 18—126, l. 12
126, l. 19—21
129, l. 4—25
130, l. 10—135, l. 10
135, l. 18—136, l. 9
139, l. 2—140, l. 6
141, l. 20—149, l. 20
149, l. 25—151, l. 4

**Deposition Designations of Dana Johnson**

Page and Line

5, l. 3—6, l. 17
9, l. 4—23
10, l. 22—11, l. 18
12, l. 22—14, l. 11
16, l. 17—17, l. 12
19, l. 17—20, l. 18
20, l. 19—21, l. 6
22, l. 11—16
22, l. 24—23, l. 24
23, l. 25—24, l. 6
25, l. 3—7
28, l. 2—29, l. 22
32, l. 7—16
33, l. 13—34, l. 3
38, l. 20—23
46, l. 7—16
46, l. 24—47, l. 2
47, l. 20—48, l. 17
49, l. 1—23
50, l. 17—21
51, l. 3—52, l. 2
53, l. 10—55, l. 6
56, l. 2—22
58, l. 4—16
60, l. 5—14
62, l. 13—16
63, l. 1—24
65, l. 12—15
66, l. 2—14
70, l. 9—72, l. 10
74, l. 2—75, l. 24
76, l. 6—8
77, l. 11—80, l. 8
83, l. 2—84, l. 15
85, l. 8—10
86, l. 2—87, l. 21
88, l. 22—91, l. 10
91, l. 16—92, l. 24
94, l. 16—100, l. 12
101, l. 7—25
102, l. 25—103, l. 5

105, l. 8 — 110, l. 9
114, l. 22 — 115, l. 22
120, l. 14 — 19
123, l. 2 — 6
124, l. 1 — 6
124, l. 22 — 126, l. 24
127, l. 23 — 132, l. 8
133, l. 12 — 15
133, l. 22 — 134, l. 5
134, l. 17 — 18
134, l. 24 — 135, l. 2
139, l. 5 — 13
140, l. 19 — 143, l. 2
146, l. 13 — 21
163, l. 16 — 164, l. 17
167, l. 3 — 12
167, l. 15 — 168, l. 5
169, l. 13 — 170, l. 2
173, l. 2 — 18
174, l. 15 — 23


**Deposition Designations of Domh Leandro**
Page and Line

4, l. 2 — 9
7, l. 11 — 13
9, l. 6 — 12
14, l. 3 — 23
15, l. 7 — 10
25, l. 12 — 27, l. 10
27, l. 22 — 28, l. 5
59, l. 15 — 19
60, l. 3 — 11
70, l. 14 — 71, l. 24
107, l. 19 — 109, l. 1
110, l. 10 — 17
150, l. 17 — 153, l. 2
163, l. 20 — 167, l. 2
243, l. 18 — 245, l. 6
248, l. 5 — 251, l. 7
256, l. 11 — 17
272, l. 1 — 9
281, l. 7 — 14
295, l. 7 — 296, l. 3
328, l. 1 — 331, l. 25

**Deposition Designations of Chris Ponder**
Page and Line

4, l. 6—12
18, l. 20—19, l. 7 (out of order because it explains he is HR)
6, l. 20—8, l. 8
9, l. 20—12, l. 15
12, l. 18—20
13, l. 18—14, l. 7
15, l. 8—16, l. 7
16, l. 13—17, l. 1
21, l. 16—22, l. 2
22, l. 8—11
25, l. 3—15
34, l. 20—35, l. 16
36, l. 10—37, l. 8
37, l. 24—38, l. 19
41, l. 23—42, l. 10
42, l. 11—45, l. 3
46, l. 9—15
48, l. 3—49, l. 10
53, l. 12—55, l. 24
56, l. 21—57, l. 21
58, l. 2—15
59, l. 6—22
61, l. 9—22
62, l. 8—63, l. 21
67, l. 6—17
71, l. 20—73, l. 17

**Deposition Designations of Juan Manuel Gonzalez**
Page and Line

12/5/18

4, l. 2—5, l. 2
19, l. 20-22
26, l. 11—27, l. 13
32, l. 23—33, l. 2
35, l. 21—37, l. 8
37, l. 18—38, l. 9
45, l. 2—46, l. 3
48, l. 4—7
48, l. 11—49, l. 10

50, l. 10—24
60, l. 24—62, l. 23
68, l. 9—69, l. 1
69, l. 23—73, l. 23
74, l.6—75, l. 3
75, l. 18—20
76, l. 7—19
77, l. 21—79, l. 14
80, l. 4—17
86, l. 14—87, l. 14
87, l. 24—90, l. 17
91, l. 2—94, l. 14
94, l. 15—96, l. 21
96, l. 22—98, l. 9
105, l. 23—106, l. 19
107, l. 14
111, l. 17—112, l. 11
113, l. 8—114, . 18
119, l. 4
120, l. 1—8
123, l. 16
126, l.8—15
127, l. 24—128, l. 1
138, l. 23—140, l.16
145, l. 3—12
147, l. 12
150, l. 17—151, l. 13
152, l. 21—155, l. 2
158, l. 16—159, l. 16
164, l. 8—10
164, l. 21—165, l. 7
166, l. 16—169, l. 4
169, l. 5—170, l. 2
172, l. 4—176, l. 5
177, l. 24—179, l. 1
181, l. 8—183, l. 3
184, l. 23—185, l. 9
186, l. 8—188, l. 9
190, l. 25—191, l. 3
192, l. 23—193, l. 3
194, l. 24—198, l. 23
199, l. 6—16
203, l. 11—15
204, l. 2—205, l. 7
211, l. 11—21

212, l. 8—16
218, l. 4--24
226, l. 21—227, l. 12
228, l. 21—23
229, l. 14—24
230, l. 6—21
231, l. 13—20
233, l. 10—14
236, l. 7—23.
242, l. 10—25
253, l. 7—10
253, l. 21—254, l. 6
254, l. 23—255, l. 7
267, l. 14—270, l. 23
(271, l. 2—6
273, l. 22—274, l. 2
275, l. 4—6
280, l. 25—281, l. 7
287, l. 3—289, l. 4
290, l. 3—12
292, l. 19—22
294, 2—13
306, l. 1—4
327, l. 18—23
331, l. 8—18

January 22, 2020 Deposition, Vol. 1

63, l. 24—64, l. 19
66, l. 6—67, l. 5
84, l. 4—85, l. 7
89, l. 9—18
91, l. 4—11
93, l. 19—94, l. 12
99, l. 18—100, l. 21
112, l. 22—113, l. 9
114, l. 4—9
116, l. 7—14
118, l. 1—5
119, l. 1—2
119, l. 13—17
121, l. 13—16
122, l. 2—10
124, l. 13—125, l. 1
127, l. 22—128, l. 3
130, l. 17—131, l. 4

131, l. 12—20
133, l. 5—13
138, l. 22—139, l. 9
142, l. 25—143, l. 14
145, l. 11—23
147, l. 20—149, l. 4
149, l. 21—150, l. 1
150, l. 5—14
154, l. 10—155, l. 19
158, l. 13—16
162, l. 10—20
167, l. 1—4
179, l. 17—21
204, l. 14—25
205, l. 2—4

Volume 2 of Second Deposition

35, l. 2—8
135, l. 24—136, l. 8
138, l. 14—19
139, l. 6—9

**Deposition Designations of Derya White**
Page/Line

7, l. 4-12, l. 18-22
8, l. 16-23
9, l. 2—7
11, l. l. 11-25
12, l. 1;  l. 7-25
14, l. 12-25
15, l. 1-25
16, l. 1-4
17, l. 4-25
18, l. 1-3, l. 5-19
19, l. 11-25
23, l. 10-12
26, l. 1-25
27, l. 1-18
28, l. 14--25
29, l. 1-5,  l. 7-12, l. 14-19 , l. 21-25
30, l. 1-8, l. 10-21, l. 23-25
31, l. 1
32, l. 19-23, l. 25
33, l. 1-9, l. 11-13

35, l. 20—23
36, l. 21-25
37, l. 1-25
38, l. 1, l. 3-17
39, l. 23-25
40, l. 5-22
41, l. 21-25
42, l. 1-3
45, l. 9-25
46, l. 1-2;  18-24
47, l. 1-10, l. 12-25
48, l. 1-3
49, l. 11-25
50, l. 1-8
52, l. 4-25
53, l. 1-4, l. 6-14, l. 16-24
54, l. 1-20, l. 22-25
55, l. 1-2, l. 4-8, l. 10-14, l. 16-25
56, l. 1-2, l. 4-14, l. 16-22, l. 24-25
57, l. 1-25
58, l. 1-2
62, l. 3—19
63, l. 9-12; l. 25
64, l. 1-7
65, l. 3-14
66, l. 4-6, l. 8-18, l. 20-24
67, l. 1-4; l. 11-21, l. 23-25
68, l. 1-7, l. 9-25
69, l. 1-23
71, l. 1-3, l.  9-17
72, l. 15-17, l. 19-25
73, l. 1-4, l. 6-20
74, l. 20-23
75, l. 5-25
76, l. 2-5, l. 7-10, l. 12-14
77, l. 21-24
82, l. 15-24
83, l. 1-4, l. 6-23, l. 25
84, l. 1
89, l. 3-10
90, l. 25
91, l. 1-18
92, l. 9-20
93, l. 3-10
94, l. 1-11
95, l. 15-25

96, l. 1-25
97, l. 1-8
99, l. 4-20; l. 25
100, l. 1-10
108, l. 21-25
109, l. 1-13
110, l. 7-23
111, l. 5-16
114, l. 19-25
115, l. 1-11
118, l. 1-19
125, l. 8-11
126, l. 22
127, l. 1-17
128, l. 23-25
129, l. 2-25
130, l. 1-16
131, l. 4-14; 24-25
132, l. 1-25
133, l. 1-7; 15-25
134, l. 1-25


136, l. 15-25
137, l. 1-25
138, l. 1—6
139, l. 2—11
145, l. 5—16
154, l. 9—14
158, l. 5—25
159, l. 1-14
160, l. 2-19
163, l. 25
164, l. 1—25
165, l. 1-4
169, l. 15—25
170, l. 1—13
171, l. 14—25
172, l. 1—25
173, l. 1-8
175, l. 5
176, l. 1-25
177, l. 1—25
178, l. 1-21
181, l. 4—10; 16—21
182, l. 1—25

183, l. 1-3; 17—25
184, l. 1—15
188, l. 8—15
190, l. 21-25
191, l. 1;  20—25
192, l. 1—11
194, l. 15-25
195, l. 1-13; l. 24—25
196, l. 1-10
197, l. 1-25
198, l. 1-8; l. 16—25
199, l. 1-23
204, l. 5--25
205, l. 1-25
206, l. 1-25
207, l. 1-25
208, l. 1-25
209, l. 1-25
210, l. 1-25
211, l. 1—11
212, l. 11—15
214  l. 22—25
215, l. 1-25
216, l. 1-25
217, l. 1-25
218, l. 1-6, l. 13—25
219, l. 1-25
220, l. 1-11; l. 19—24
222, l. 17—25
223, l. 1-16
228, l. 7—18
230, l. 2-25
231, l. 1-25
232, l. 1-25
233, l. 1-11
235, l. 17—25
236, l. 1—2
239, l. 16—25
240, l. 1—14
243, l. 23—25
244, l. 1-25
245, l. 1-11
249, l. 24—25
250, l. 1-5
262, l. 12-23
264, l. 5-8

266, l. 9—25
267, l. 25
268, l. 1-25
269, l. 1-25
270, l. 1-7
273, l 6—10
275, l. 11—24
276, l. 15—25
277, l. 1-16
279, l. 5—25
280, l. 1-25
281, l. 1-3, l. 8-23
282, l. 21—25
283, l. 1-25
284, l. 1—18
285, l. 4-25
286, l. 2; 10—25
287, l. 1—16
289, l. 1-18

Respectfully submitted.

S/SUSAN E. HUTCHISON
SUSAN E. HUTCHISON
Texas Bar No. 10354100
sehservice@hsjustice.com

**HUTCHISON & STOY, PLLC**
505 Pecan Street, Suite 101
Fort Worth, Texas 76102
T: (817) 820-0100
F: (817) 820-0111
S. RAFE FOREMAN
Texas Bar No. 07255200
srforeman@hsjustice.com

**HUTCHISON & STOY, PLLC**
1312 Texas Ave., #101
Lubbock, TX 79401
T: (806) 491-4911

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

This is to certify that on September 15, 2020, a true and correct copy of the above and foregoing document was served on the following attorneys of record by email transmission to the addresses indicated below:

John M. Barcus, Gary D. Eisenstat
Ogletree, Deakins
john.barcus@ogletree.com
rroeser@haltomdoan.com

J. Randall Roeser, Darby V. Doan
Haltom & Doan
rroeser@haltomdoan.com
ddoan@haltomdoan.com

 

                                                                                  SUSAN E. HUTCHISON
                                                                                  SUSAN E. HUTCHISON