**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| JUAN LOZADA-LEONI, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:20-cv-00068--RWS-CMC |
| § | |
| MONEYGRAM INTERNATIONAL, INC. and § | |
| MONEYGRAM PAYMENT SYSTEMS, INC., § | |
| § | |
| Defendants. § | |

**DEFENDANTS' DEPOSITION DESIGNATIONS**

TO:   Plaintiff, by and through counsel of record, Susan E. Hutchison and S. Rafe Foreman, Hutchison & Stoy, PLLC, 505 Pecan Street, Suite 101, Fort Worth, Texas 76102, and 1312 Texas Avenue #101, Lubbock, Texas 79401.

Defendants submit their Deposition Designations as follows. Defendants contend that these designations fall into the category of "rebuttal" designations, but make them now out of an abundance of caution. Defendants also reserve the right to use any or all portions of the deposition testimony designated by Plaintiff. Defendants, and to provide (additional) rebuttal designations and objections.

**Deposition Designations of John Tyson**
Deposition Date:  October 10, 2018
Pages: 5:10-11; 7:13 – 9:16; 24:25 – 25:10; 25:12; 26:2-6; 29:6-16; 30:16-19; 31:3-12: 31:21 – 32:15; 34:2-20; 34:23 – 36:11; 36:14 – 37:4; 37:7-16; 69:5-18; 71:17 – 73:14; 75:25 – 80:21; 81:10 – 82:3.

**Deposition Designations of Dana Johnson**
Deposition Date:  June 30, 2020
Pages: 6:10-12; 7:8 – 9:3; 10:8 – 11:9; 13:12-19; 15:2-16; 16:17 – 17:1; 22:21 – 23:21; 26:23 – 27:16; 32:7 – 33:3; 40:25 – 41:2; 41:14 – 42:10; 63:9-24; 70:9-12; 70:14 – 71:10; 120:14-15; 120:17 – 121:3; 121:5 – 122:11; 123:2-15; 123:17 – 124:19; 124:21 – 125:2; 125:4-21; 135:14 – 137:2; 142:21-25; 143:2-9; 151:19 – 152:5; 152:8-11; 152:14-16; 152:18; 154:9-15; 154:21 – 155:15; 155:23 – 156:12; 156:19-25; 157:3-12; 157:15-20; 158:5-14; 158:23 – 160:9.

### Deposition Designations of Juan Manuel Gonzalez
Deposition Date:  January 22, 2020
Pages:  5:1 – 92:5

Deposition Date:  January 23, 2020
Pages:  142:2 – 147:25

### Deposition Designations of Derya White
Deposition Date:  July 10, 2020
Pages: 290:1 – 291:1

Respectfully submitted,

By: */s/ John M. Barcus*
    GARY D. EISENSTAT
    Texas State Bar No. 06503200
    gary.eisenstat@ogletree.com
    JOHN M. BARCUS
    Texas State Bar No. 24036185
    john.barcus@ogletree.com

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**
Preston Commons West
8117 Preston Road, Suite 500
Dallas, Texas  75225
214.987.3800 (Phone)
214.987.3927 (Fax)

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

    I hereby certify that on September 18, 2020, the foregoing document was served via email on all counsel of record.

    */s/ John M. Barcus*
    JOHN M. BARCUS

44255682.1