**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| JUAN LOZADA-LEONI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 4:20-CV-68-RWS-CMC |
| | § | |
| MONEYGRAM INTERNATIONAL, INC., | § | |
| And MONEYGRAM PAYMENT | § | |
| SYSTEMS, INC. | § | |
| | § | |
| Defendants. | § | |

### ORDER REGARDING OBJECTIONS TO EXHIBITS
### AND DEPOSITION DESIGNATIONS

The above-referenced cause of action was referred to the undersigned United States Magistrate Judge for pretrial purposes in accordance with 28 U.S.C. § 636. The Court currently has scheduled a pretrial conference November 3, 2020 at 10:00 a.m. This Order is the Court's attempt to streamline the pre-admission process while conserving the parties' resources.

To focus the pretrial conference, it is the Court's intent to have orders entered on the parties' motions in limine by **October 30, 2020**. This will enable the parties to confer and narrow the submitted objections, if any, with the benefit of the limine rulings.

The Court, having reviewed the parties' submissions to date, finds the following deficiencies by both parties. The deadline to file pretrial objections was October 13, 2020. Docket Entry # 108. No objections to exhibits have been filed to date. The pretrial conference will not be productive unless and until the parties provide the Court with their objections.

1

## Objections to Exhibits

To that end, on or before **October 19, 2020, at 8:00 a.m.**, the parties shall file a list of the exhibits objected to and a description of the objections to said documents. The parties must specifically state their objections to each objected to exhibit and may not "reserve" any objections. Where possible, the parties shall group the exhibits into broad categories so that objections to the exhibits may be considered as to certain groups. Once objections, if any, have been filed, the parties shall meet and confer to see if any agreements on the objections can be reached.

Any responses to the other side's objections shall be filed on or before **October 26, 2020, at 8:00 a.m.** The parties are to provide the Court courtesy copies of their filings. The contested exhibits must be available for review at the initial pretrial conference to assist the Court in ruling.

## Copies of Deposition Designations

On or before **October 21, 2020, at 5:00 p.m.**, each party shall provide to the Court a courtesy copy of any contested deposition testimony designated by that party. Failure to comply with this Order as required could result in all objections being waived.

**IT IS SO ORDERED.**

**SIGNED this 15th day of October, 2020.**

*/s/ Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE