UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **JUAN LOZADA-LEONI,** *Plaintiff,* | § § § | |
| **v.** | § § § | **Civil Action No. 4:20-cv-00068 RWS-CMC** |
| **MONEYGRAM INTERNATIONAL, INC., and MONEYGRAM PAYMENT SYSTEMS, INC.,** *Defendants* | § § § § § § § | |

## ORDER ON JOINT MOTION FOR ENTRY OF SCHEDULING ORDER REGARDING ATTORNEY FEE DISPUTE

Before the Court is proposed intervenor Kardell Law Group ("KLG") and Plaintiff Lozada Leoni's JOINT MOTION FOR ENTRY OF SCHEDULING ORDER REGARDING ATTORNEY FEE DISPUTE (Dkt. No. 132). The Court, having reviewed the joint motion, is of the opinion the motion should be **GRANTED**. The Court orders the following:

a. Both Plaintiff and KLG are to submit their relative positions by November 27, 2020,
b. Both Plaintiff and KLG are to submit their Responses to the above by December 4, 2020.
c. Both Plaintiff and KLG are to submit their Replies to the above by December 11, 2020; and
d. The Court's Order of October 29, 2020 [Dkt.131] staying all deadlines is extended only as to a determination of attorney fees and associated deadlines pending resolution of the attorney fees issue.

**SO ORDERED.**

**SIGNED this 16th day of November, 2020.**

*Caroline M. Craven*
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE