IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUAN LOZADA-LEONI | § | |
| | § | |
| v. | § | No. 4:20cv68-RWS-CMC |
| | § | |
| MONEYGRAM INTERNATIONAL, | § | |
| INC., ET AL. | § | |

## ORDER EXPEDITING RESPONSE TIME

The above-referenced cause of action has been referred to the undersigned United States Magistrate Judge in accordance with 28 U.S.C. § 636.  The following motion is before the Court: Intervenor Kardell Law Group's Motion for Telephone Settlement Conference on Attorney Fees Dispute (Docket Entry # 134).  The Court, having considered the motion and further considering the fast-approaching deadlines in the Court's Scheduling Order Regarding Attorney Fee Dispute, is of the opinion the response time for the motion should be expedited.  Accordingly it is

**ORDERED** that on or before  Monday, November 23, 2020 at 8:30 a.m., Plaintiff and Defendants shall file a response to Intervenor's Motion for Telephone Settlement Conference on Attorney Fees Dispute (Docket Entry # 134).  It is further

**ORDERED** that on or before Tuesday, November 24, 2020 at 8:30 a.m., Intervenor may file any reply to the responses.

**IT IS SO ORDERED.**

SIGNED this 19th day of November, 2020.

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE