UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUAN LOZADA-LEONI,<br>*Plaintiff,*<br><br>v.<br><br>MONEYGRAM INTERNATIONAL, INC., and MONEYGRAM PAYMENT SYSTEMS, INC.,<br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 4:20-cv-00068<br>RWS-CMC |

### ORDER GRANTING TELEPHONE CONFERENCE

THIS MATTER having come before the Court by KLG's Motion for Telephone Conference; and the Court having reviewed the submissions of the parties; and for good cause shown, it is hereby:

ORDERED that KLG and Hutchison & Stoy participate in a discovery telephone conference before Judge Craven on _____ at _____.

SO ORDERED.

___