From: Steve Kardell <skardell@kardelllawgroup.com>
Subject: RE: Lozada Affidavit; OSHA Rule change
Date: August 25, 2020 at 5:13:56 PM CDT
To: "hutch@hsjustice.com" <hutch@hsjustice.com>
Cc: Rafe Foreman <srforeman@hsjustice.com>, Juan Antonio Lozada <juan@tximmigrationlaw.com>

Here's the blog that explains the OSHA rule change:

Timeline:
Old OSHA procedure (requiring a *prima facie* showing): May, 2015
New OSHA procedure (eliminating *prima facie* showing requirement): January 28, 2016,
Our OSHA Complaint: September 28. 2017



Steve Kardell

*Board Certified Labor & Employment Law; Texas Board of Legal Specialization*

KARDELL | LAW GROUP

**4514 Cole Avenue, Suite 600
Dallas, Texas 75205**

Direct: 214-616-4654
Secure Fax: 469-729-9926
Email: skardell@kardelllawgroup.com

Exh 4

Website: www.dallaswhistleblowerlawyer.com







**This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is LEGALLY PRIVILEGED. The information contained in this e-mail is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified any dissemination, distribution or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by telephone  (214-707-2466), and destroy the original message. Thank You.**

**From:** hutch@hsjustice.com <hutch@hsjustice.com>
**Sent:** Tuesday, August 25, 2020 4:52 PM
**To:** Steve Kardell <skardell@kardelllawgroup.com>
**Cc:** Rafe Foreman <srforeman@hsjustice.com>; Juan Antonio Lozada <juan@tximmigrationlaw.com>
**Subject:** Lozada Affidavit

Good talking with you, Steve.  You and I talked about you drafting an affidavit that we can attach as an exhibit to our Response to MSJ addressing the "intent" allegations made by the D.  We appreciate your help.   Susan

Exh 4



505 Pecan Street, Suite 101
Fort Worth, Texas 76102
T: (817) 820-0100
F: (817) 820-0111
www.warriorsforjustice.com

Confidentiality Notice: This email and any files transmitted herewith are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee, you shall not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake, and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance upon the contents of this information is strictly prohibited.

Exh 4