From: Steve Kardell <skardell@kardelllawgroup.com>
Subject: RE: ... no objection from you guys?
Date: September 1, 2020 at 1:07:17 PM CDT
To: "'hutch@hsjustice.com'" <hutch@hsjustice.com>
Cc: Rafe Foreman <srforeman@hsjustice.com>, Juan Antonio Lozada <juan@tximmigrationlaw.com>, Laura Smith <lsmith@kardelllawgroup.com>

I don't disagree but I would like to see what you guys plan to file .



Steve Kardell

***Board Certified Labor & Employment Law; Texas Board of Legal Specialization***

KARDELL | LAW GROUP

**4514 Cole Avenue, Suite 600**
**Dallas, Texas 75205**

Direct: 214-616-4654
Secure Fax: 469-729-9926
Email: skardell@kardelllawgroup.com
Website: www.dallaswhistleblowerlawyer.com





Exh 5



**This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is LEGALLY PRIVILEGED. The information contained in this e-mail is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified any dissemination, distribution or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by telephone (214-707-2466), and destroy the original message. Thank You.**

**From:** hutch@hsjustice.com <hutch@hsjustice.com>
**Sent:** Tuesday, September 1, 2020 1:06 PM
**To:** Steve Kardell <skardell@kardelllawgroup.com>
**Cc:** Rafe Foreman <srforeman@hsjustice.com>; Juan Antonio Lozada <juan@tximmigrationlaw.com>; Laura Smith <lsmith@kardelllawgroup.com>
**Subject:** Re: … no objection from you guys?

Steve

I honestly don't think we need your affidavit.  The Court is not going to care about their stupid allegations of "intent."  Your intent is irrelevant to the analysis.  The only thing the Court is going to address is the "sweep" of the allegations.   She has already written an extensive opinion regarding this issue in this same case and I don't think we need to muddy the waters too much.   I was going to attach your affidavit because I thought it would make you feel better to be able to controvert what they said about your intent, implying something nefarious.  But I think I have a handle on the applicable law and that doesn't need to be addressed in an affidavit.



505 Pecan Street, Suite 101
Fort Worth, Texas 76102
T: (817) 820-0100
F: (817) 820-0111
www.warriorsforjustice.com

Confidentiality Notice: This email and any files transmitted herewith are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee, you shall not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake, and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance upon the contents of this information is strictly prohibited.

On Sep 1, 2020, at 1:02 PM, Steve Kardell <skardell@kardelllawgroup.com> wrote:

Exh 5

Noted.

<image001.png>

Steve Kardell

***Board Certified Labor & Employment Law; Texas Board of Legal Specialization***

<image002.png>

**4514 Cole Avenue, Suite 600
Dallas, Texas 75205**

Direct: 214-616-4654
Secure Fax: 469-729-9926
Email: skardell@kardelllawgroup.com
Website: www.dallaswhistleblowerlawyer.com
<image003.jpg>
<image004.jpg>

<image005.png>
<image006.png>  <image007.png>  <image008.png>


**This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is LEGALLY PRIVILEGED. The information contained in this e-mail is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified any dissemination, distribution or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by telephone  (214-707-2466), and destroy the original message. Thank You.**

Exh 5

**From:** Rafe Foreman <srforeman@hsjustice.com>
**Sent:** Tuesday, September 1, 2020 1:01 PM
**To:** Steve Kardell <skardell@kardelllawgroup.com>
**Cc:** hutch@hsjustice.com; Juan Antonio Lozada <juan@tximmigrationlaw.com>
**Subject:** Re: … no objection from you guys?

Strenuous objection.
S. Rafe Foreman
srforeman@hsjustice.com

*"Get you knee off my neck"*
*In Memory of George Floyd 5/25/2020*
*"The only thing necessary for the triumph of evil is for good men to do nothing".*
*Edmund Burke 1729-1797*
*"Do Something!"*
*El Paso/Dayton crowds 8/5/2019*
*" Travel is fatal to prejudice, bigotry, and narrow-mindedness…"*
*Mark Twain- The Inncocents Abroad*


<image009.png>


1312 Texas Avenue, Suite 101
Lubbock, Texas 79401
(806) 491-4911
(806) 491-9911 fax

505 Pecan Street, Suite 101
Fort Worth, Texas 76102
T: (817) 820-0100
F: (817) 820-0111
www.warriorsforjustice.com

Exh 5

On Sep 1, 2020, at 1:00 PM, Steve Kardell <skardell@kardelllawgroup.com> wrote:

As far as the procedure is concerned, we're looking at that right now. Obviously we would prefer to attach our affidavit to your motion, but without being able to see the motion, we are pretty much in the dark as to how you plan to address the issues. The simple solution would be to send me over what you have so far and I can see if that looks OK from our perspective.

Your (e.g., Rafe's) objection is noted .

<image001.png>

Steve Kardell

***Board Certified Labor & Employment Law; Texas Board of Legal Specialization***

<image002.png>

**4514 Cole Avenue, Suite 600**
**Dallas, Texas 75205**

Direct: 214-616-4654
Secure Fax: 469-729-9926
Email: skardell@kardelllawgroup.com
Website: www.dallaswhistleblowerlawyer.com
<image003.jpg>
<image004.jpg>

<image005.png>  <image006.png>  <image007.png>  <image008.png>

Exh 5

**This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is LEGALLY PRIVILEGED. The information contained in this e-mail is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified any dissemination, distribution or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by telephone (214-707-2466), and destroy the original message. Thank You.**

**From:** hutch@hsjustice.com <hutch@hsjustice.com>
**Sent:** Tuesday, September 1, 2020 12:56 PM
**To:** Steve Kardell <skardell@kardelllawgroup.com>
**Cc:** Juan Antonio Lozada <juan@tximmigrationlaw.com>; Rafe Foreman <srforeman@hsjustice.com>
**Subject:** Re: … no objection from you guys?

I'm not sure. I've never heard of a non-party filing their own response. I don't think I really understand what you are doing

<image009.png>

505 Pecan Street, Suite 101
Fort Worth, Texas 76102
T: (817) 820-0100
F: (817) 820-0111
www.warriorsforjustice.com

Exh 5

Confidentiality Notice: This email and any files transmitted herewith are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee, you shall not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake, and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance upon the contents of this information is strictly prohibited.

On Sep 1, 2020, at 12:54 PM, Steve Kardell <skardell@kardelllawgroup.com> wrote:

I'm assuming there would be no objection from you guys on this, right?

<image001.png>

Steve Kardell

**Board Certified Labor & Employment Law; Texas Board of Legal Specialization**

<image002.png>

**4514 Cole Avenue, Suite 600
Dallas, Texas 75205**

Exh 5

Direct: 214-616-4654
Secure Fax: 469-729-9926
Email: skardell@kardelllawgroup.com
Website: www.dallaswhistleblowerlawyer.com
<image003.jpg>
<image004.jpg>

<image005.png>  <image006.png>  <image007.png>  <image008.png>


**This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is LEGALLY PRIVILEGED. The information contained in this e-mail is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified any dissemination, distribution or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by telephone (214-707-2466), and destroy the original message. Thank You.**


**From:** Steve Kardell
**Sent:** Tuesday, September 1, 2020 12:53 PM
**To:** 'hutch@hsjustice.com' <hutch@hsjustice.com>
**Subject:** ... it might be less cumbersome for me to file my own response

Any idea when I could see a rough draft of what you guys plan to file? I just left you a voicemail on this .

What I'm thinking is it might be less cumbersome for you guys if I file my own response .

I checked with Barcus on this a few minutes ago and he says MoneyGram has no objection.

I need to make a decision on this pretty quickly, however. Seeing your draft would be helpful.

<image001.png>

Steve Kardell

*Board Certified Labor & Employment Law; Texas Board of Legal Specialization*

<image002.png>

**4514 Cole Avenue, Suite 600
Dallas, Texas 75205**

Direct: 214-616-4654
Secure Fax: 469-729-9926
Email: skardell@kardelllawgroup.com
Website: www.dallaswhistleblowerlawyer.com
<image003.jpg>
<image004.jpg>

<image005.png>  <image006.png>  <image007.png>  <image008.png>

**This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is LEGALLY PRIVILEGED. The information contained in this e-mail is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified any dissemination, distribution or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by telephone  (214-707-2466), and destroy the original**

**message. Thank You.**

**From:** hutch@hsjustice.com <hutch@hsjustice.com>
**Sent:** Tuesday, September 1, 2020 12:38 PM
**To:** Steve Kardell <skardell@kardelllawgroup.com>
**Subject:** Re: can i see your draft so far?

Hey Steve

My associate is working on our Response as we speak. I can tell you that we are focused on the scope of what can arise out of the admin complaint and that the admin complaint was intentionally broad for that very reason, that Wallace doesn't require specific acts as demonstrated by the language analyzed in that case

<image009.png>

505 Pecan Street, Suite 101
Fort Worth, Texas 76102
T: (817) 820-0100
F: (817) 820-0111
www.warriorsforjustice.com

Confidentiality Notice: This email and any files transmitted herewith are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee, you shall not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake, and delete this e-mail from your system. If you are

not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance upon the contents of this information is strictly prohibited.

On Sep 1, 2020, at 12:26 PM, Steve Kardell <skardell@kardelllawgroup.com> wrote:

I just left you a voicemail on this.

<image001.png>

Steve Kardell

***Board Certified Labor & Employment Law; Texas Board of Legal Specialization***

<image002.png>

**4514 Cole Avenue, Suite 600**
**Dallas, Texas 75205**

Direct: 214-616-4654
Secure Fax: 469-729-9926
Email: skardell@kardelllawgroup.com
Website: www.dallaswhistleblowerlawyer.com
<image003.jpg>
<image004.jpg>

<image005.png> <image006.png> <image007.png> <image008.png>

**This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is LEGALLY PRIVILEGED. The information contained in this e-mail is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified any dissemination, distribution or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by telephone (214-707-2466), and destroy the original message. Thank You.**

**From:** Steve Kardell
**Sent:** Tuesday, September 1, 2020 11:49 AM
**To:** 'hutch@hsjustice.com' <hutch@hsjustice.com>
**Subject:** RE: SK Declaration; did you mean …

Can you send me your draft? That would help. Filing deadline is tomorrow, right?

<image001.png>

Steve Kardell

***Board Certified Labor & Employment Law; Texas Board of Legal Specialization***

<image002.png>

**4514 Cole Avenue, Suite 600**
**Dallas, Texas 75205**

Direct: 214-616-4654
Secure Fax: 469-729-9926

Exh 5

Email: skardell@kardelllawgroup.com
Website: www.dallaswhistleblowerlawyer.com
<image003.jpg>
<image004.jpg>

<image005.png> <image006.png> <image007.png> <image008.png>

**This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is LEGALLY PRIVILEGED. The information contained in this e-mail is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified any dissemination, distribution or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by telephone (214-707-2466), and destroy the original message. Thank You.**

**From:** hutch@hsjustice.com <hutch@hsjustice.com>
**Sent:** Tuesday, September 1, 2020 11:45 AM
**To:** Steve Kardell <skardell@kardelllawgroup.com>
**Subject:** Re: SK Declaration; did you mean …

yes, sorry

<image009.png>

505 Pecan Street, Suite 101
Fort Worth, Texas 76102
T: (817) 820-0100
F: (817) 820-0111

Exh 5

[www.warriorsforjustice.com](www.warriorsforjustice.com)

Confidentiality Notice: This email and any files transmitted herewith are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee, you shall not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake, and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance upon the contents of this information is strictly prohibited.

On Sep 1, 2020, at 11:37 AM, Steve Kardell <skardell@kardelllawgroup.com> wrote:

 Did you mean to say "Can you remove III and IV"

<image001.png>

Steve Kardell

***Board Certified Labor & Employment Law; Texas Board of Legal Specialization***

<image002.png>

**4514 Cole Avenue, Suite 600
Dallas, Texas 75205**

Direct: 214-616-4654

Exh 5

Secure Fax: 469-729-9926
Email: skardell@kardelllawgroup.com
Website: www.dallaswhistleblowerlawyer.com
<image003.jpg>
<image004.jpg>

<image005.png> <image006.png> <image007.png> <image008.png>

**This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is LEGALLY PRIVILEGED. The information contained in this e-mail is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified any dissemination, distribution or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by telephone (214-707-2466), and destroy the original message. Thank You.**

**From:** hutch@hsjustice.com <hutch@hsjustice.com>
**Sent:** Tuesday, September 1, 2020 10:01 AM
**To:** Steve Kardell <skardell@kardelllawgroup.com>
**Cc:** Laura Smith <lsmith@kardelllawgroup.com>; Juan Antonio Lozada <juan@tximmigrationlaw.com>; Rafe Foreman <srforeman@hsjustice.com>
**Subject:** Re: REVISED DRAFT Declaration of SK; 9-1-2020

Thanks Steve.  I think I and II are helpful.  I think III and IV are argument and worry that they would be used as a basis to exclude the declaration.  Can you remove II and III?  Thanks, Susan
<image009.png>

Exh 5

505 Pecan Street, Suite 101
Fort Worth, Texas 76102
T: (817) 820-0100
F: (817) 820-0111
www.warriorsforjustice.com

Confidentiality Notice: This email and any files transmitted herewith are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee, you shall not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake, and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance upon the contents of this information is strictly prohibited.

On Sep 1, 2020, at 7:34 AM, Steve Kardell <skardell@kardelllawgroup.com> wrote:

**See attached. We have a few cites missing. Adding now. If you have any comments, be sure and copy Laura Smith, email above**

<REVISED DRAFT Declaration of SK; 9-1-2020.docx>

Exh 5

Exh 5