From: Steve Kardell <skardell@kardelllawgroup.com>
Subject: RE: Help me understand
Date: September 2, 2020 at 6:44:03 AM CDT
To: "hutch@hsjustice.com" <hutch@hsjustice.com>
Cc: Rafe Foreman <srforeman@hsjustice.com>, Juan Antonio Lozada <juan@tximmigrationlaw.com>

I disagree.



Steve Kardell

*Board Certified Labor & Employment Law; Texas Board of Legal Specialization*



**4514 Cole Avenue, Suite 600**
**Dallas, Texas 75205**

Direct: 214-616-4654
Secure Fax: 469-729-9926
Email: skardell@kardelllawgroup.com
Website: www.dallaswhistleblowerlawyer.com



   

Exh 6

This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is **LEGALLY PRIVILEGED**. The information contained in this e-mail is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified any dissemination, distribution or copying of this communication is **STRICTLY PROHIBITED**. If you have received this communication in error, please immediately notify us by telephone (214-707-2466), and destroy the original message. Thank You.

**From:** hutch@hsjustice.com <hutch@hsjustice.com>
**Sent:** Wednesday, September 2, 2020 1:46 AM
**To:** Steve Kardell <skardell@kardelllawgroup.com>
**Cc:** Rafe Foreman <srforeman@hsjustice.com>; Juan Antonio Lozada <juan@tximmigrationlaw.com>
**Subject:** Re: Help me understand

AND TO BE VERY, VERY, VERY CLEAR: **YOU ARE NOT AUTHORIZED TO REVEAL "STRATEGIC GOALS" WITH RESPECT TO THE OSHA COMPLAINT, YOU ARE NOT AUTHORIZED TO REVEAL UNDERLYING STRATEGIES OR WHY THE OSHA COMPLAINT WAS DRAFTED THE WAY IT WAS.  YOU ARE NOT AUTHORIZED TO ADDRESS OR REVEAL MR. LOZADA'S "INTENT" WITH RESPECT TO THE OSHA COMPLAINT OR YOUR "INTENT" WITH RESPECT TO THE OSHA COMPLAINT.  YOU ARE NOT AUTHORIZED TO MAKE ANY LEGAL ARGUMENT RELATING TO MR. LOZADA'S POSITION IN THIS CASE.  YOU ARE NOT AUTHORIZED TO REVEAL ANY INFORMATION WHATSOEVER REGARDING THE DRAFTING, FILING OR INTENT BEHIND MR. LOZADA'S OSHA COMPLAINT.   THE REVELATION OF ANY SUCH INFORMATION IS A VIOLATION OF THE LAW AND IS MALPRACTICE.**

Confidentiality Notice: This email and any files transmitted

herewith are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee, you shall not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mYOail by mistake, and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance upon the contents of this information is strictly prohibited.

On Sep 2, 2020, at 12:48 AM, Steve Kardell <skardell@kardelllawgroup.com> wrote:

Mr. Kardell: You have withdrawn (true) waived fee (not true) and yet are talking to opposing counsel in an active case you withdrew from. (It's Just a certificate of conference, for our M/Leave, attached.)

Stop immediately. You are not counsel of record and you want to file a response? (It's an amicus declaration. See attached M / Leave describing the court's discretion here)

Do not do so. It is contemptuous at best and malpractice and could injure the client at worst. (I don't see anything in there that could injure the client. Plus, I have no desire to do so. Finally, if you can point something out that needs to be taken out, I will be happy to do so.).

Exh 6

Steve Kardell

*Board Certified Labor & Employment Law; Texas Board of Legal Specialization*

<image002.png>

**4514 Cole Avenue, Suite 600**
**Dallas, Texas 75205**

Direct: 214-616-4654
Secure Fax: 469-729-9926
Email: skardell@kardelllawgroup.com
Website: www.dallaswhistleblowerlawyer.com
<image003.jpg>
<image004.jpg>

<image005.png>  <image006.png>  <image007.png>  <image008.png>

**This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is LEGALLY PRIVILEGED. The information contained in this e-mail is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified any dissemination, distribution or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by telephone  (214-707-2466), and destroy the original message. Thank You.**

**From:** Rafe Foreman <srforeman@hsjustice.com>
**Sent:** Tuesday, September 1, 2020 3:08 PM

**To:** Steve Kardell <skardell@kardelllawgroup.com>
**Subject:** Help me understand

Mr. Kardell: You have withdrawn, waived fee and yet are talking to opposing counsel in an active case you withdrew from. Stop immediately. You are not counsel of record and you want to file a response? Do not do so. It is contemptuous at best and malpractice and could injure the client at worst. Stop whatever it is you're trying to do. Please don't make me ask again.
S. Rafe Foreman
srforeman@hsjustice.com

*"Get you knee off my neck"*
*In Memory of George Floyd 5/25/2020*
*"The only thing necessary for the triumph of evil is for good men to do nothing".*
*Edmund Burke 1729-1797*
*"Do Something!"*
*El Paso/Dayton crowds 8/5/2019*
*" Travel is fatal to prejudice, bigotry, and narrow-mindedness…"*
*Mark Twain- The Inncocents Abroad*

<image009.png>

1312 Texas Avenue, Suite 101
Lubbock, Texas 79401
(806) 491-4911
(806) 491-9911 fax

505 Pecan Street, Suite 101
Fort Worth, Texas 76102
T: (817) 820-0100
F: (817) 820-0111
www.warriorsforjustice.com

<Motion for Leave to File Amicus Declaration.docx><Amicus Declaration of Steve Kardell.docx>

Exh 6