From: Steve Kardell <skardell@kardelllawgroup.com>
Subject: RE: Violations of Legal, Ethical, Contractual and Fiduciary Obligations
Date: October 6, 2020 at 9:56:16 AM CDT
To: "hutch@hsjustice.com" <hutch@hsjustice.com>
Cc: Rafe Foreman <srforeman@hsjustice.com>, Juan Antonio Lozada <juan@tximmigrationlaw.com>

about Juan's case. Information, by the way, which I am almost certain you would be interested in.



Steve Kardell

***Board Certified Labor & Employment Law; Texas Board of Legal Specialization***



**4514 Cole Avenue, Suite 600
Dallas, Texas 75205**

Direct: 214-616-4654
Secure Fax: 469-729-9926
Email: skardell@kardelllawgroup.com
Website: www.dallaswhistleblowerlawyer.com



Exh 7



**This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is LEGALLY PRIVILEGED. The information contained in this e-mail is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified any dissemination, distribution or copying of this communication is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by telephone  (214-707-2466), and destroy the original message. Thank You.**

**From:** hutch@hsjustice.com <hutch@hsjustice.com>
**Sent:** Tuesday, October 6, 2020 9:54 AM
**To:** Steve Kardell <skardell@kardelllawgroup.com>
**Cc:** Rafe Foreman <srforeman@hsjustice.com>; Juan Antonio Lozada <juan@tximmigrationlaw.com>
**Subject:** Re: Violations of Legal, Ethical, Contractual and Fiduciary Obligations

Mr. Kardell

Can you help me understand why you are discussing Mr. Lozada's case with anyone—much less                                              ?  I truly do not know how to make it any clearer that not only are you not authorized to discuss Mr. Lozada's case, doing so breaches your legal and ethical duties as a former attorney.   Do not have any further discussions with anyone—ANYONE—regarding Mr. Lozada's case.

Susan Hutchison



505 Pecan Street, Suite 101
Fort Worth, Texas 76102
T: (817) 820-0100
F: (817) 820-0111
www.warriorsforjustice.com

Confidentiality Notice: This email and any files transmitted herewith are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you are not the named addressee, you shall not disseminate, distribute, or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake, and delete this e-mail from your system. If you are not the intended recipient, you are notified that disclosing, copying, distributing, or taking any action in reliance upon the contents of this information is strictly prohibited.

On Oct 6, 2020, at 9:48 AM, Steve Kardell <skardell@kardelllawgroup.com> wrote:

Hi guys . Hope all is well with you. I had an interesting conversation with                       regarding Juan's case. Call for details. No urgency.

Exh 7

\<image001.jpg\>

Steve Kardell

***Board Certified Labor & Employment Law; Texas Board of Legal Specialization***

\<image002.png\>

**4514 Cole Avenue, Suite 600**
**Dallas, Texas 75205**

Direct: 214-616-4654
Secure Fax: 469-729-9926
Email: skardell@kardelllawgroup.com
Website: www.dallaswhistleblowerlawyer.com
\<image003.jpg\>
\<image004.jpg\>

\<image005.png\>  \<image006.png\>  \<image007.png\>  \<image008.png\>


This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is **LEGALLY PRIVILEGED**. The information contained in this e-mail is intended only for the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified any dissemination, distribution or copying of this communication is **STRICTLY PROHIBITED**. If you have received this communication in error, please immediately notify us by telephone  (214-707-2466), and destroy the original message. Thank You.


**From:** Steve Kardell <skardell@kardelllawgroup.com>
**Sent:** Thursday, September 3, 2020 10:57 AM
**To:** hutch@hsjustice.com

Exh 7

**Cc:** Rafe Foreman <srforeman@hsjustice.com>; Juan Antonio Lozada <juan@tximmigrationlaw.com>
**Subject:** Re: Violations of Legal, Ethical, Contractual and Fiduciary Obligations

Hey, problem solved.  This could have all been avoided had you just sent me a copy of what you planned to file.

Sent from my iPhone


On Sep 2, 2020, at 9:34 PM, Steve Kardell <skardell@kardelllawgroup.com> wrote:

Exh 7