```
1                    BEFORE THE U.S. DEPARTMENT OF LABOR
2       In the matter of:            )
                                     )
3       JUAN LOZADA-LEONI,           )
                Complainant,         )
4                                    )
        V.                           ) Case No. 2018-SOX-00004
5                                    )
        MONEYGRAM INTERNATIONAL,     )
6               Respondent.          )
7
8       ****************************************************************
9                              ORAL DEPOSITION OF
10                              JUAN LOZADA-LEONI
11                               JUNE 19, 2018
12                                  VOLUME 2
13      ****************************************************************
14         ORAL DEPOSITION OF JUAN LOZADA-LEONI, produced as a witness
15      at the instance of the Respondent, and duly sworn, was taken in
16      the above-styled and numbered cause on the 19th day of June,
17      2018, from 9:59 a.m.  to 3:00 p.m., before AMBER KIRTON, CSR in
18      and for the State of Texas, reported by machine shorthand, at the
19      Law Offices of Juan Antonio Lozada, PLLC, 3305 W. Slaughter Lane
20      #2, Austin, Texas, pursuant to the Federal Rules of Civil
21      Procedure.
22
23
24
25
                                                              Page 1
```

```
 1                  MR. BARCUS:  I didn't even get to finish asking my
 2      question, Mr. Kardell.  Your client interrupted me.  Perhaps if I
 3      could ask the question.
 4                  MR. KARDELL:  Okay.  Okay.  Let's try that.  Why
 5      don't you -- also, let me instruct my client.  If there is a
 6      problem with the manner in which he's asked the question, go
 7      ahead and try to answer it to the best of your ability and then
 8      note the objectionable part of his question as to how he posed
 9      it.
10           Q.   (BY MR. BARCUS)  Okay.  So in this paragraph we're
11      looking at that starts, "Okay, it's the same thing with you.  I
12      know your heart is in the right place.  You were getting things
13      done."  Juan Manuel then goes on to give you both positive
14      feedback and negative feedback on your job performance, correct?
15           A.   Yes.
16           Q.   And that's something he did throughout this
17      conversation.  He told you what you were doing well and he told
18      you what you could be doing better, correct?
19           A.   No, that's not correct.
20           Q.   What's incorrect about that?
21           A.   I don't think he was very positive until that point.  I
22      think I brought it in -- I actually said, wait a second.  This is
23      actually the second part of a conversation, okay.  We actually
24      had a conversation at the very end and I think we have a
25      transcription of this.  I told him I don't think this formula is
```

Page 41

```
 1              BEFORE THE U.S. DEPARTMENT OF LABOR
 2       In the Matter of:
 3       JUAN LOZADA-LEONI,              )
                   Complainant,           )
 4                                         )
                                           )
 5       VS.                             )Case No.2018-SOX-00004
                                           )
 6                                         )
         MONEYGRAM INTERNATIONAL,   )
 7                 Respondent.            )
 8
 9                    REPORTER'S CERTIFICATION
                            DEPOSITION OF
10                         JUAN LOZADA-LEONI
                            JUNE 19, 2018
11
12         I, AMBER KIRTON, Certified Shorthand Reporter in and for
13       the State of Texas, hereby certify to the following:
14            That the witness, JUAN LOZADA-LEONI, was duly sworn by the
15       officer and that the transcript of the oral deposition is a true
16       record of the testimony given by the witness:
17            That the deposition transcript was submitted on
18       July 13, 2018, to the witness or to the attorney for
19       Complainant for examination, signature and return to Veritext
20       Legal Solutions by August 15, 2018;
21            That the amount of time used by each party at the
22       deposition is as follows:
23            Mr. John M. Barcus - 03 hour(s): 35 minute(s)
              Mr. Steve Kardell - 00 hour(s): 00 minute(s)
24
25            That pursuant to information given to the deposition
```

Page 122

```
 1    officer at the time said testimony was taken, the following
 2    includes all parties of record:
 3         Mr. Steve Kardell, Attorney for Complainant
           Mr. John M. Barcus, Attorney for Respondent
 4
           That _____ is the deposition officer's charges to the
 5
      Respondent for preparing the original deposition transcript and
 6
      any copies of exhibits;
 7
 8         I further certify that I am neither counsel for, related
 9    to, nor employed by any of the parties or attorney in the action
10    in which this proceeding was taken, and further that I am not
11    financially or otherwise interested in the outcome of the
      action.
12              Certified to by me this 10th day of July, 2018.
13
14                              [signature: Amber Kirton]

15                              Amber Kirton, CSR
                                Texas CSR #8110
16                              Expiration Date: 12/31/19
                                Firm Registration No. 571
17                              Veritext Legal Solutions
                                300 Throckmorton Street, Suite 1600
18                              Fort Worth, Texas  76102
                                (817) 336-3042
19
20
21
22
23
24
25

                                                          Page 123
```