UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JUAN LOZADA-LEONI,<br>*Plaintiff,*<br><br>v.<br><br>MONEYGRAM INTERNATIONAL, INC., and MONEYGRAM PAYMENT SYSTEMS, INC.,<br>*Defendants* | Civil Action No. 4:20-cv-00068<br>RWS-CMC |

### ORDER GRANTING INTERVENOR KLG'S MOTION TO FILE UNDER SEAL

Before the Court is **Intervenor KLG's Motion to File Under Seal (Docket No. 148).** The Court, having reviewed the motion and noting it is unopposed, is of the opinion the motion should be **GRANTED.** The Court hereby

**ORDERS** that

(1) "Lozada's Response to Kardell's Request for Attorney Fees", to be filed 12/18/2020; and

(2) both parties' submissions, due 01/02/2021; and

(3) both parties' submissions, due 01/15/2021

are to be filed under seal.

SO ORDERED.
**SIGNED this 21st day of December, 2020.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE