IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JUAN LOZADA-LEONI,<br><br>Plaintiff,<br><br>vs.<br><br>MONEYGRAM INTERNATIONAL, INC., and MONEYGRAM PAYMENT SYSTEMS, INC.,<br>Defendants. | §§§§§§§§§§§§§<br><br>Civil Action No. 4:20-cv-68 |

**INTERVENOR KLG'S AMENDED MOTION FOR REVISION OF PLEADING SCHEDULE ESTABLISHED IN DKT. 143**

As a courtesy to the Court, the undersigned called the Court's docket clerk today, and advised her that KLG was withdrawing its Motion (Dkt. 145) requesting a revision of the Court's pleading schedule established in Dkt. 143.

That motion has not been ruled on.

With Plaintiff's filing of Plaintiff's Response to Intervenor's Request for Attorney Fees this last Friday, 12/ 18/ 2020[1] the only submissions that are now due are Intervenor and Plaintiff's joint submissions on 01/02/2021 and Intervenor and Plaintiff's joint submissions, due on 01/15/2021.

---

[1] Dkt. 149, with exhibits; now under seal

**INTERVENOR KLG'S AMENDED MOTION FOR REVISION OF PLEADING SCHEDULE**

In a somewhat rare example of cooperative problem solving here, both sides have concluded that under these last two scheduled filing dates, requiring dual submissions by both sides on the same dates is problematic for a number of reasons:

1. In terms of an orderly briefing schedule, it likely accomplishes little;
2. It has the potential for significant confusion;
3. It involves unnecessary, duplicative work on the part of both law firms and, most importantly,
4. It requires a superfluous review on the part of the Court.

Intervenor submits that this problem can solved by ordering Intervenor to file its Reply to Plaintiff's Response to Intervenor's Request For Attorney Fees on 01/02/ 2021, and ordering Plaintiff to file its Sur-reply to Intervenor's 01/02/ 2021 filing on 01/15/2021, as the attached Agreed Order indicates.

KLG herein requests that the current Pleading Schedule be revised as indicated.

Respectfully submitted,

*/s/ Steve Kardell*
Steve Kardell
Texas State Bar No. 11098400
E-mail: skardell@kardelllawgroup.com
KARDELL LAW GROUP
4514 Cole Avenue, Suite 600
Dallas, Texas 75205
Telephone: (214) 616-4654
Facsimile: (469) 729-9926
ATTORNEY FOR INTERVENOR

**INTERVENOR KLG'S AMENDED MOTION FOR REVISION OF PLEADING SCHEDULE**

## CERTIFICATE OF CONFERENCE

On 12/22/2020, I conferred by phone with Susan Hutchison, counsel for Plaintiff, in the manner required under Local Rule 7(h) regarding the relief requested herein. Plaintiff is not opposed to the relief requested herein.

/s/ *Steve Kardell*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been submitted, by electronic means, to all counsel of record on December 22, 2020.

/s/ *Steve Kardell*