UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| JUAN LOZADA-LEONI,<br>*Plaintiff,*<br><br>v.<br><br>MONEYGRAM INTERNATIONAL, INC., and MONEYGRAM PAYMENT SYSTEMS, INC.,<br>*Defendants* | Civil Action No. 4:20-cv-00068<br>RWS-CMC |

### ORDER ON AMENDED MOTION FOR REVISION OF PLEADING SCHEDULE ESTABLISHED IN DKT. 143

THIS MATTER having come before the Court by Intervenor KLG's MOTION FOR AMENDED REVISION OF PLEADING SCHEDULE ESTABLISHED IN DKT. 143, and the Court, having reviewed said Motion, and for good cause shown, it is hereby:

ORDERS that

Intervenor is to file its Reply to Plaintiff's Response to Intervenor's Request For Attorney Fees on 01/ O2/2021, and Plaintiff to file its Sur-reply to Intervenor's  01/O2/ 2021 filing on 01/15/2021.

SO ORDERED.