IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUAN LOZADA-LEONI, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 4:20-cv-68 |
| MONEYGRAM INTERNATIONAL, INC., and MONEYGRAM PAYMENT SYSTEMS, INC., | § § § § | |
| Defendants. | § § § | |

### INTERVENOR KLG'S SECOND AMENDED[1] MOTION FOR REVISION OF PLEADING SCHEDULE

Comes now Kardell Law Group (KLG), Intervenor in the above referenced matter, and files this its **SECOND AMENDED MOTION FOR REVISION OF PLEADING SCHEDULE** and would respectfully show the Court as follows:

1. **Request:**

KLG herein requests (a) that KLG's Reply, presently due on 1/2/2021 (weekend filing extension until 1/4/2021), be extended to 1/8/2021; and

(b) that Plaintiff's due date for its submission (1/15/2021) remain the same.

---

[1] Docket history:

| 11/25/2020 | Dkt. 143 | ORDER granting Dkt. 141 Motion to Extend Deadlines |
|---|---|---|
| 12/23/2020 | Dkt. 152 | ORDER granting Dkt. 151 Motion for Revision of Pleading Schedule |

2. **Basis:**

To allow the parties extra time to undertake settlement discussions.

3. **Plaintiff's position:**

Plaintiff and his counsel, Hutchison & Stoy (H&S) are unopposed to the relief requested herein, provided that (a) KLG submits to H&S by close of business on Monday (1/4/2021) the specific amount of attorney's fees requested herein, plus the basis for same, and (b) the due date for H&S's submission (1/15/2021) remains the same.

For the reasons stated herein, Intervenor KLG requests that the due date for its Reply herein be extended from 1/4/2021 to 1/8/2021.

Respectfully submitted,

*/s/ Steve Kardell*
Steve Kardell
Texas State Bar No. 11098400
E-mail: skardell@kardelllawgroup.com
KARDELL LAW GROUP
4514 Cole Avenue, Suite 600
Dallas, Texas 75205
Telephone: (214) 616-4654
Facsimile: (469) 729-9926
ATTORNEY FOR INTERVENOR

## CERTIFICATE OF CONFERENCE

On 1/2/2021, I conferred by email with Susan Hutchison, counsel for Plaintiff, in the manner required under Local Rule 7(h) regarding the relief requested herein. Plaintiff is unopposed to the relief requested herein, subject to the stipulations indicated in ¶ 3 herein.

*/s/ Steve Kardell*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been submitted, by electronic means, to all counsel of record on 1/3/2021.

*/s/ Steve Kardell*