IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUAN LOZADA-LEONI<br>PLAINTIFF<br>vs.<br><br>MONEYGRAM INTERNATIONAL, INC. and<br>MONEYGRAM PAYMENT SYSTEMS, INC.<br>DEFENDANTS | § § § § § § § | No. 4:20CV68-RWS-CMC |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

On this date came on to be heard the Joint Motion to Stay All Deadlines and Notice of Settlement filed herein by Plaintiff and Intervenor KLG (Doc. No. 205). The Court, having considered said motion, finds that it is well taken and should be **GRANTED**.

IT IS, THEREFORE, ORDERED that the Joint Motion to Stay All Deadlines is hereby **GRANTED**, and that all proceedings between Plaintiff and Intervenor KLG, including all pending deadlines, are hereby stayed until October 3, 2021.

IT IS FURTHER ORDERED that Plaintiff and Intervenor KLG shall submit to the Court, on or before October 3, 2021, all documents necessary for the dismissal of Intervenor's claims herein.

**SIGNED this 8th day of September, 2021.**

_CAROLINE M. CRAVEN_
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE