IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUAN LOZADA-LEONI<br>PLAINTIFF<br>vs.<br><br>MONEYGRAM INTERNATIONAL, INC. and<br>MONEYGRAM PAYMENT SYSTEMS, INC.<br>DEFENDANTS | § § § § § § § § | No. 4:20CV68-RWS-CMC |

## ORDER

On this date came on to be considered the Motion to Revise Order Granting Joint Motion to Vacate (Docket #210) filed herein by Intervenor KLG. The Court, having considered said motion and noting it is unopposed, finds that it is well taken and should be **GRANTED**.

IT IS ORDERED that, in addition to the relief granted in this Court's Order of October 25, 2021 (Docket #208), the Clerk of the Court shall add the following watermark to all pages of the June 23, 2021 sealed Report and Recommendation:

"VACATED by ORDER entered 10/25/2021; Docket # 208."

**SIGNED this 1st day of December, 2021.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE